Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Wyoming**

Case number (*If known*): _____ Chapter **11** _____

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | WaterIQ Technologies, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Water IQ Tech, LLC<br>Water IQ, LLC<br>Algaesonix, LLC |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-4227113 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 11 Worth Circle | |
| Number        Street | Number        Street |
| | P.O. Box |
| Johnson City        TN    37601 | |
| City                     State    ZIP Code | City                     State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Washington County | |
| County | Number        Street |
| | |
| | City                     State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | Wateriqtech.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor   WaterIQ Technologies, LLC
_____
Name

Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5629___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | WaterIQ Technologies, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | WaterIQ Technologies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/2025
MM / DD / YYYY

✘ /s/ Robert Slingerland
Signature of authorized representative of debtor

Robert Slingerland
Printed name

Title  CRO

**18. Signature of attorney**

✘ /s/ Brian M. Rothschild
Signature of attorney for debtor

Date  04/24/2025
MM / DD / YYYY

Brian M. Rothschild
Printed name

Parsons Behle & Latimer
Firm name

20 E. Simpson Ave.
Number      Street

Jackson
City

WY
State

83001
ZIP Code

3077335130
Contact phone

brothschild@parsonsbehle.com
Email address

15316
Bar number

UT
State

---

# Exhibit 1

**Debtor's Balance Sheet**

**WaterIQ Technologies, LLC**

**Exhibit  B**
**Preliminary Balance Sheet as of 3-31-2025**

| | Jan - Dec 2024 | Jan - Mar, 2025 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Total Bank Accounts | $          12,091.56 | $              6,190.73 |
| Total Accounts Receivable | $        473,592.62 | $          583,124.13 |
| **Other Current Assets** | | |
| Total Inventory Asset | $        182,748.46 | $          211,299.74 |
| Loan to Sonic Solutions | 847,244.48 | 847,244.48 |
| Total Prepaid Expenses | $          46,841.31 | $            53,148.79 |
| Prepaid Interest | 18,837.44 | 64,149.30 |
| Undeposited Funds | 0.00 | 0.00 |
| Total Other Current Assets | $      1,095,671.69 | $        1,175,842.31 |
| Total Current Assets | $      1,581,355.87 | $        1,765,157.17 |
| **Fixed Assets** | | |
| Accumulated Depreciation | -381,911.00 | -381,911.00 |
| Computers and Printers | 67,541.56 | 67,541.56 |
| Equipment | 33,425.40 | 33,425.40 |
| Furniture and Fixtures | 22,665.43 | 22,665.43 |
| GHJ-06 Capitalized Cost to Raise Capital | 149,672.36 | 178,247.36 |
| Marketing Tools | 24,750.00 | 24,750.00 |
| Product Development | 411,498.44 | 411,621.08 |
| GHJ-03 Research and Development | 81,695.36 | 81,695.36 |
| PD Salaries & Wages | 36,016.78 | 36,016.78 |
| Total Product Development | $        529,210.58 | $          529,333.22 |
| Test Equipment | 126,249.46 | 126,249.46 |
| Laughing House Lab Testing project | 164,000.00 | 164,000.00 |
| Total Test Equipment | $        290,249.46 | $          290,249.46 |
| Total Fixed Assets | $        735,603.79 | $          764,301.43 |
| Total Other Assets | $            9,183.33 | $              9,183.33 |
| **TOTAL ASSETS** | $      2,326,142.99 | $        2,538,641.93 |

**LIABILITIES AND EQUITY**

| | | | |
|---|---|---|---|
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Total Accounts Payable (A/P) | $ | 1,453,077.44 | $ 1,498,998.64 |
| **Total Accounts Payable** | $ | 1,453,077.44 | $ 1,498,998.64 |
| **Total Credit Cards** | $ | 52,497.77 | $ 51,716.08 |
| Total Accrued Expenses | $ | 416,049.97 | $ 468,693.33 |
| Bridge Loans | | | 0.00 |
| Arnold Bridge Note | | 1,352,516.47 | 1,381,532.88 |
| LF Bridge Loan | | 2,226,595.80 | 2,240,350.80 |
| Steve Hudson Bridge Note | | 74,208.39 | 75,833.40 |
| Worthe Bridge Note | | 114,166.67 | 116,666.66 |
| **Total Bridge Loans** | $ | 3,767,487.33 | $ 3,814,383.74 |
| Employee Benefits Payable | | 0.00 | 7,659.42 |
| Total Loan Payable | $ | 248,623.18 | $ 285,535.10 |
| Total State and Local Tax Payable | $ | 18,084.58 | $ 19,286.00 |
| Wages Payable | | 100,131.23 | 80,000.00 |
| **Total Other Current Liabilities** | $ | 4,550,376.29 | $ 4,675,557.59 |
| **Total Current Liabilities** | $ | 6,055,951.50 | $ 6,226,272.31 |
| **Total Liabilities** | $ | 6,055,951.50 | $ 6,226,272.31 |
| **Equity** | | | |
| Common Equity | | 1,600,000.00 | 1,600,000.00 |
| Series A Preferred Equity | | 6,946,506.59 | 6,946,506.59 |
| **Total Common Equity** | $ | 8,546,506.59 | $ 8,546,506.59 |
| Retained Earnings | | -10,692,365.07 | -12,276,315.10 |
| Net Income | | -1,583,950.03 | 42,178.13 |
| **Total Equity** | -$ | 3,729,808.51 | -$ 3,687,630.38 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 2,326,142.99 | $ 2,538,641.93 |

**\*\* Financials are Company prepared financials, which were not prepared in accordance with GAAP, Company Financial Advisors will be working with the Company to adjust to GAAP\*\***

# Exhibit 2

## Debtor's Statement of Operations

**WaterIQ Technologies, LLC**

**Exhibit A**
**Preliminary Income Statement thru March 31, 2025**

| | Jan - Dec 2024 | Jan - Mar, 2025 |
|---|---|---|
| **Total Revenue** | $ 1,917,483.56 | $ 727,006.29 |
| **Total Cost of Goods Sold** | $ 897,117.12 | $ 227,837.48 |
| **Gross Profit** | $ 1,020,366.44 | $ 499,168.81 |
| **Total Expenses** | $ 2,137,258.13 | $ 348,283.40 |
| **Net Operating Income** | -$ 1,116,891.69 | $ 150,885.41 |
| **Total Other Expenses** | $ 467,079.23 | $ 108,709.72 |
| **Net Other Income** | -$ 467,058.34 | -$ 108,707.28 |
| **Net Income** | -$ 1,583,950.03 | $ 42,178.13 |

**\*\* Financials are Company prepared financials, which were not prepared in accordance with GAAP, Company Financial Advisors will be working with the Company to adjust to GAAP\*\***

# Exhibit 3

## Debtor's Cash Flow Statement

# WaterIQ Technologies, LLC
# Preliminary Statement of Cash Flows
### January 2024 - March 2025

|  | Jan - Dec 2024 | | Jan - Mar, 2025 |
|---|---|---|---|
| **OPERATING ACTIVITIES** | | | |
| Net Income | -1,583,950.03 | | 42,178.13 |
| | | | |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | $     76,834.60 | -$ | 150,849.07 |
| **Net cash provided by operating activities** | -$   1,507,115.43 | -$ | 108,670.94 |
| **FINANCING ACTIVITIES** | | | |
| **Net cash provided by financing activities** | $   1,547,271.68 | $ | 141,467.75 |
| **INVESTING ACTIVITIES** | | | |
| **Net cash provided by investing activities** | -$     71,827.54 | -$ | 28,697.64 |
| **Net cash increase for period** | -$     31,671.29 | $ | 4,099.17 |

# Exhibit 4

## Debtor's Federal Tax Return

Form **8879-CORP**

(Rev. December 2024)

**E-file Authorization for Corporations**

For calendar year 20 **24** , or tax year beginning _ _ _ _ _ , 20 _ _ , ending _ _ _ _ _ , 20 _ _

**For use with Form 1120 series returns.**
**Do not send to the IRS. Keep for your records.**
Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| WaterIQ Technologies LLC FKA Algaesonix, LLC | 85-4227113 |

| **Part I** | **Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 603,410. |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Total income (Form 1120 _____ , line ____ ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize ___Stellar Bookkeeping & Consulting___ to enter my PIN ___19235___ as my signature
ERO firm name                                                                    do not enter all zeros
on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature *Lawrence Field*     Date Apr 16, 2025     Title President & CEO

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ___62443637601___
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ___Marielle Klapp___     Date Apr 16, 2025

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**     CPCA9401  10/09/24     Form **8879-CORP** (Rev. 12-2024)

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2024 or tax year beginning _____, 2024, ending _____, 20___

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2024**

| A Check if: | | | | |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) .... | | **TYPE OR PRINT** | WaterIQ Technologies LLC FKA Algaesonix, LLC 3075 west bridger rd Wilson, WY 83014 | |

b Life/nonlife consolidated return ....

2 Personal holding co. (attach Sch. PH) ....

3 Personal service corp. (see instrs) ....

**B Employer identification number**
85-4227113

**C** Date incorporated
12/10/2020

**D** Total assets (see instructions)
$ 2,412,100.

4 Schedule M-3 attached ☐    **E** Check if: **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change

**INCOME**

| | | | |
|---|---|---|---|
| 1a Gross receipts or sales | 1a | 2,613,105. | |
| b Returns and allowances | 1b | 692,031. | |
| c Balance. Subtract line 1b from line 1a | | | 1c | 1,921,074. |
| 2 Cost of goods sold (attach Form 1125-A) | | | 2 | 1,317,685. |
| 3 Gross profit. Subtract line 2 from line 1c | | | 3 | 603,389. |
| 4 Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| 5 Interest | | | 5 | |
| 6 Gross rents | | | 6 | |
| 7 Gross royalties | | | 7 | |
| 8 Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 Other income (see instructions — attach statement) See Statement 1 | | | 10 | 21. |
| 11 **Total income.** Add lines 3 through 10 | | | 11 | 603,410. |

**DEDUCTIONS (See instructions for limitations on deductions.)**

| | | | |
|---|---|---|---|
| 12 Compensation of officers (see instructions — attach Form 1125-E) | | 12 | |
| 13 Salaries and wages (less employment credits) | | 13 | 1,216,269. |
| 14 Repairs and maintenance | | 14 | 3,785. |
| 15 Bad debts | | 15 | 7,578. |
| 16 Rents | | 16 | 106,164. |
| 17 Taxes and licenses | | 17 | 109,124. |
| 18 Interest (see instructions) | | 18 | 425,314. |
| 19 Charitable contributions | | 19 | 0. |
| 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | |
| 21 Depletion | | 21 | |
| 22 Advertising | | 22 | 61,831. |
| 23 Pension, profit-sharing, etc., plans | | 23 | |
| 24 Employee benefit programs | | 24 | 61,484. |
| 25 Energy efficient commercial buildings deduction (attach Form 7205) | | 25 | |
| 26 Other deductions (attach statement) See Statement 2 | | 26 | 606,815. |
| 27 **Total deductions.** Add lines 12 through 26 | | 27 | 2,598,364. |
| 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -1,994,954. |
| 29a Net operating loss deduction (see instructions) See St 3 | 29a | 0. | |
| b Special deductions (Schedule C, line 24) | 29b | | |
| c Add lines 29a and 29b | | 29c | |

**TAX, REFUNDABLE CREDITS, AND PAYMENTS**

| | | | |
|---|---|---|---|
| 30 **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | -1,994,954. |
| 31 Total tax (Schedule J, line 12) | | 31 | 0. |
| 32 Reserved for future use | | 32 | |
| 33 Total payments and credits (Schedule J, line 23) | | 33 | 0. |
| 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | | 34 | |
| 35 **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | 35 | 0. |
| 36 **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | 36 | |
| 37 Enter amount from line 36 you want: **Credited to 2025 estimated tax** _____ **Refunded** | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Lawrence Field*

Signature of officer    Date Apr 16, 2025    Title President & CEO

May the IRS discuss this return with the preparer shown below? See instructions.
☐ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | | PTIN |
|---|---|---|---|---|
| | Self-Prepared | Apr 16, 2025 | Check ☐ if self-employed | |
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2024)

Form 1120 (2024)    WaterIQ Technologies LLC                    85-4227113                    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries. . . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations. . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members. . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends). . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions). . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions). . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions). . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid. . . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3. . | | | |
| 20 | Other dividends. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993). . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4. . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . . . . . | | | |

Form **1120** (2024)

Form 1120 (2024)      WaterIQ Technologies LLC                    85-4227113          Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | | |
|---|---|---|---|---|
| **1a** | Income tax (see instructions) | **1a** | 0. | |
| **b** | Tax from Form 1120-L (see instructions) | **1b** | | |
| **c** | Section 1291 tax from Form 8621 | **1c** | | |
| **d** | Tax adjustment from Form 8978 | **1d** | | |
| **e** | Additional tax under section 197(f) | **1e** | | |
| **f** | Base erosion minimum tax from Form 8991 | **1f** | | |
| **g** | Amount from Form 4255, Part I, line 3, column (q) | **1g** | | |
| **z** | Other chapter 1 tax | **1z** | | |
| **2** | Total income tax. Add lines 1a through 1z | | **2** | |
| **3** | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | **3** | |
| **4** | Add lines 2 and 3 | | **4** | 0. |
| **5a** | Foreign tax credit (attach Form 1118) | **5a** | | |
| **b** | Credit from Form 8834 (see instructions) | **5b** | | |
| **c** | General business credit (see instructions — attach Form 3800) | **5c** | | |
| **d** | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| **e** | Bond credits from Form 8912 | **5e** | | |
| **f** | Adjustment from Form 8978 | **5f** | | |
| **6** | **Total credits.** Add lines 5a through 5f | | **6** | |
| **7** | Subtract line 6 from line 4 | | **7** | |
| **8** | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| **9a** | Amount from Form 4255, Part I, line 3, column(r) | **9a** | | |
| **b** | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| **c** | Completed long-term contract look-back interest due (attach Form 8697) | **9c** | | |
| **d** | Interest due under the look-back method — income forecast method (attach Form 8866) | **9d** | | |
| **e** | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| **f** | Interest/tax due under section 453A(c) | **9f** | | |
| **g** | Interest/tax due under section 453(l) | **9g** | | |
| **z** | Other (see instructions — attach statement) | **9z** | | |
| **10** | **Total.** Add lines 9a through 9z | | **10** | |
| **11a** | Total tax before deferred taxes. Add lines 7, 8, and 10 | **11a** | | |
| **b** | Deferred tax on the corporation's share of undistributed earnings of a qualified electing fund | **11b** | | |
| **c** | Deferred LIFO recapture tax (section 1363(d)) | **11c** | | |
| **12** | Total tax. Subtract the sum of lines 11b and 11c from 11a. Enter here and on page 1, line 31 | | **12** | 0. |
| **13** | Preceding year's overpayment credited to the current year | | **13** | |
| **14** | Current year's estimated tax payments | | **14** | |
| **15** | Current year's refund applied for on Form 4466 | | **15** | ( ) |
| **16** | Reserved for future use | | **16** | |
| **17** | Tax deposited with Form 7004 | | **17** | |
| **18** | Withholding (see instructions) | | **18** | |
| **19** | **Total payments.** Combine lines 13 through 18 | | **19** | 0. |
| **20** | Refundable credits from: | | | |
| **a** | Form 2439 | **20a** | | |
| **b** | Form 4136 | **20b** | | |
| **c** | Credit for tax withheld under chapter 3 or 4 from Form 1042-S, Form 8805, or Form 8288 (attach the applicable form) | **20c** | | |
| **z** | Other (attach statement — see instructions) | **20z** | | |
| **21** | **Total credits.** Add lines 20a through 20z | | **21** | |
| **22** | Elective payment election amount from Form 3800 | | **22** | |
| **23** | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | 0. |

Form **1120** (2024)

Form 1120 (2024)   WaterIQ Technologies LLC                              85-4227113                    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) _____ | | |

**2** See the instructions and enter the:

  **a** Business activity code no. 562000 _____

  **b** Business activity WATER TREATMENT TECH _____

  **c** Product or service WATER TREATMENT _____

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?........................... | X

  If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

  **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G). ........... | X |

  **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)........ | | X

**5** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. ................................................................. | | X

  If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. ................................................................. | | X

  If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316....................... | | X

  If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | X

  **(a)** Percentage owned _____ and **(b)** Owner's country _____

  **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................... ☐

  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during this tax year $ _____ None

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ............... ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a)...... $    6,715,353.

CLIENT COPY

Form **1120** (2024)

Form 1120 (2024)    WaterIQ Technologies    85-4227113    Page **5**

| Schedule K | Other Information (continued from page 4) | | |
|---|---|---|---|

|  | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions. . . . . . . . . If "Yes," complete and attach Schedule UTP. | | X |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?. . . . . . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions _____ | | X |
|  | If "Yes," enter the total amount of the disallowed deductions. . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 22 | Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions. . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," enter amount from Form 8996, line 15. . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | Percentage: By Vote _____     By Value _____ | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 28 | Is the corporation a member of a controlled group?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year?. . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," go to question 29b. If "No," skip  to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
|  | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions. . . . | X | |
|  | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)?. . . . . . . . . . . . . | | X |
| b | Under the applicable foreign corporation rules?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| c | Under the covered surrogate foreign corporation rules?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes" to either 30a, 30b, or 30c, complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
|  | If "Yes," attach a statement. | | |

CLIENT COPY

Form 1120 (2024)      WaterIQ Technologies LLC                85-4227113                Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash.............................. | | 43,763. | | 12,052. |
| **2a** | Trade notes and accounts receivable........ | 68,479. | | 477,183. | |
| **b** | Less allowance for bad debts............... | ( ) | 68,479. | ( ) | 477,183. |
| **3** | Inventories......................... | | 486,403. | | 65,835. |
| **4** | U.S. government obligations............ | | | | |
| **5** | Tax-exempt securities (see instructions)..... | | | | |
| **6** | Other current assets (attach statement) See St. 4 | | 899,717. | | 912,922. |
| **7** | Loans to shareholders................. | | | | |
| **8** | Mortgage and real estate loans........... | | | | |
| **9** | Other investments (attach statement)........ | | | | |
| **10a** | Buildings and other depreciable assets...... | 980,941. | | 1,366,098. | |
| **b** | Less accumulated depreciation.......... | ( 287,728.) | 693,213. | ( 388,289.) | 977,809. |
| **11a** | Depletable assets.................... | | | | |
| **b** | Less accumulated depletion............ | ( ) | | ( ) | |
| **12** | Land (net of any amortization)............ | | | | |
| **13a** | Intangible assets (amortizable only)........ | | | | |
| **b** | Less accumulated amortization.......... | ( 42,884.) | -42,884. | ( 42,884.) | -42,884. |
| **14** | Other assets (attach statement) ...... See St. 5 | | 9,183. | | 9,183. |
| **15** | Total assets........................ | | 2,157,874. | | 2,412,100. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable.................... | | 348,096. | | 406,786. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | 1,102,909. | | 1,046,291. |
| **18** | Other current liabilities (attach stmt) . . See St. 6 | | 2,353,606. | | 4,602,089. |
| **19** | Loans from shareholders................ | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more.... | | | | |
| **21** | Other liabilities (attach statement)......... | | | | |
| **22** | Capital stock: **a** Preferred stock.......... | | | | |
| | **b** Common stock........... | 8,546,507. | 8,546,507. | 8,546,507. | 8,546,507. |
| **23** | Additional paid-in capital............... | | | | |
| **24** | Retained earnings — Approp (att stmt).... | | | | |
| **25** | Retained earnings — Unappropriated........ | | -10,193,244. | | -12,189,573. |
| **26** | Adjmt to shareholders' equity (att stmt) .......... | | | | |
| **27** | Less cost of treasury stock............. | | ( ) | | ( ) |
| **28** | Total liabilities and shareholders' equity.... | | 2,157,874. | | 2,412,100. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return | | |
|---|---|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books............... | -1,996,329. | **7** | Income recorded on books this year not | |
| **2** | Federal income tax per books............. | | | included on this return (itemize): | |
| **3** | Excess of capital losses over capital gains .. | | | Tax-exempt interest $ _ _ _ _ _ _ _ _ _ | |
| **4** | Income subject to tax not recorded on books | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | this year (itemize): _ _ _ _ _ _ _ _ _ _ _ | | **8** | Deductions on this return not charged | |
| **5** | Expenses recorded on books this year not | | | against book income this year (itemize): | |
| | deducted on this return (itemize): | | | **a** Depreciation...... $ _ _ _ _ _ _ _ _ | |
| | **a** Depreciation........ $ _ _ _ _ _ _ | | | **b** Charitable contribns $ _ _ _ _ _ _ _ | |
| | **b** Charitable contributions .. $ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | **c** Travel & entertainment .. $ _ _ _ 1,375. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | | 1,375. | **9** | Add lines 7 and 8...................... | 0. |
| **6** | Add lines 1 through 5.............. | -1,994,954. | **10** | Income (page 1, line 28) — line 6 less line 9 ..... | -1,994,954. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) | | |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Balance at beginning of year........... | -10,193,244. | **5** | Distributions............... **a** Cash.... | |
| **2** | Net income (loss) per books........... | -1,996,329. | | **b** Stock.... **c** Property .. | |
| **3** | Other increases (itemize): _ _ _ _ _ _ _ _ | | **6** | Other decreases (itemize): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **7** | Add lines 5 and 6.................... | |
| **4** | Add lines 1, 2, and 3. | -12,189,573. | **8** | Balance at end of year (line 4 less line 7)....... | -12,189,573. |

Form **1125-A**
(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| WaterIQ Technologies LLC FKA Algaesonix, LLC | 85-4227113 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year................................................................. | **1** 486,403. |
| 2 | Purchases.................................................................................. | **2** 770,824. |
| 3 | Cost of labor................................................................................ | **3** 1,165. |
| 4 | Additional section 263A costs (attach schedule)................................................. | **4** |
| 5 | Other costs (attach schedule).............................................. See Statement 7.... | **5** 125,128. |
| 6 | **Total.** Add lines 1 through 5.................................................................. | **6** 1,383,520. |
| 7 | Inventory at end of year..................................................................... | **7** 65,835. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions. | **8** 1,317,685. |

**9 a** Check all methods used for valuing closing inventory. See instructions.

   *(i)* [X] Cost

   *(ii)* [ ] Lower of cost or market

   *(iii)* [ ] Other (specify method used and attach explanation) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

For certain small business taxpayers, alternative methods of accounting for inventories:

   *(iv)* [ ] Non-incidental materials and supplies method

   *(v)* [ ] AFS method

   *(vi)* [ ] Non-AFS method

**b** Check if there was a writedown of subnormal goods............................................................. [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)..................... [ ]

**d** *(i)* If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO................ | **9d(i)** |

   *(ii)* If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve............ | **9d(ii)** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... [ ] Yes [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation............................................ [ ] Yes [X] No

CLIENT COPY

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2024)

**SCHEDULE G**
**(Form 1120)**
(Rev December 2011)

Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

► **Attach to Form 1120.**

► **See instructions.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| WaterIQ Technologies LLC  FKA Algaesonix, LLC | 85-4227113 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| LDF VENTURES LLC | ******8323 | Corporation | United States | 37.12% |
| ARNOLD CO LLC | ******7131 | Corporation | United States | 32.69% |
| KALCOURT LLC | ******6957 | Corporation | United States | 22.06% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA**   **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

CPCA1901   06/02/11

**Schedule G (Form 1120) (Rev 12-2011)**

| **2024** | **Federal Statements** | **Page 1** |
|---|---|---|
| | **WaterIQ Technologies LLC** | |
| | **FKA Algaesonix, LLC** | **85-4227113** |

**Statement 1**
**Form 1120, Line 10**
**Other Income**

| | | |
|---|---|---|
| ............................................................................................ | $ | 21. |
| | Total $ | 21. |

**Statement 2**
**Form 1120, Line 26**
**Other Deductions**

| | | |
|---|---|---|
| Accounting............................................................. | $ | 99,171. |
| Auto and Truck........................................................ | | 9,990. |
| Bank Charges.......................................................... | | 12,025. |
| COMPUTER EQUIPMENT..................................................... | | 1,060. |
| Delivery and Freight.................................................. | | 2,008. |
| DUES AND SUBSCRIPTIONS EXPENSE........................................ | | 2,998. |
| Gifts................................................................. | | 277. |
| Insurance............................................................. | | 168,092. |
| IT EXPENSE SOFTWARE................................................... | | 42,305. |
| Legal and Professional................................................ | | 1,171. |
| Meals................................................................. | | 1,375. |
| OFFICE SUPPLIES & SOFTWARE............................................ | | 9,569. |
| Outside Services...................................................... | | 5,088. |
| PAYROLL PROCESSING EXPENSE............................................ | | 7,937. |
| PENALTIES............................................................. | | 4,650. |
| Postage............................................................... | | 480. |
| RMA WARRANTY EXPENSE.................................................. | | 35,514. |
| Security.............................................................. | | 1,583. |
| SOFTWARE & APPS....................................................... | | 71,834. |
| Supplies.............................................................. | | 11,965. |
| Telephone............................................................. | | 7,060. |
| TESTING EXPENSE....................................................... | | 2,690. |
| TRADE SHOW EXPENSE.................................................... | | 43,958. |
| Travel................................................................ | | 31,595. |
| TRIAL INVENTORY....................................................... | | 17,279. |
| Uniforms.............................................................. | | 178. |
| Utilities............................................................ | | 14,963. |
| | Total $ | 606,815. |

**Statement 3**
**Form 1120, Line 29a**
**Net Operating Loss Deduction**

| | | | | |
|---|---|---|---|---|
| Carryover Generated From Year End | 12/31/20 | $ | 5,040. | |
| Available for Carryover to 2024.......................................... | | | | 5,040. |
| Carryover Generated From Year End | 12/31/21 | $ | 1,486,273. | |
| Available for Carryover to 2024.......................................... | | | | 1,486,273. |
| Carryover Generated From Year End | 12/31/23 | $ | 5,224,040. | |

CLIENT COPY

| 2024 | Federal Statements | Page 2 |
|---|---|---|

**WaterIQ Technologies LLC**
**FKA Algaesonix, LLC**

85-4227113

**Statement 3 (continued)**
**Form 1120, Line 29a**
**Net Operating Loss Deduction**

```
  Available for Carryover to 2024.................................................      5,224,040.

Net Operating Losses Available in 2024...........................................  $  6,715,353.

Taxable Income...................................................................     -1,994,954.


Total Net Operating Loss Deduction...............................................             0.
```

**Statement 4**
**Form 1120, Schedule L, Line 6**
**Other Current Assets**

|  | Beginning | Ending |
|---|---|---|
| LOAN TO SONIC COLUTIONS | $  847,244. | $  847,244. |
| PREPAID EXPENSES | 52,473. | 46,841. |
| PREPAID INTEREST | 0. | 18,837. |
| Total | $  899,717. | $  912,922. |

**Statement 5**
**Form 1120, Schedule L, Line 14**
**Other Assets**

|  | Beginning | Ending |
|---|---|---|
| RENT DEPOSIT | $  8,183. | $  9,183. |
| UTILITY SECURITY DEPOSITS | 1,000. | 0. |
| Total | $  9,183. | $  9,183. |

**Statement 6**
**Form 1120, Schedule L, Line 18**
**Other Current Liabilities**

|  | Beginning | Ending |
|---|---|---|
| ACCRUED EXPENSES | $  0. | $  415,265. |
| ARNOLD BRIDGE NOTE | 1,199,516. | 1,352,516. |
| CREDIT CARDS | 88,119. | 52,498. |
| Federal Tax Payable | 2,097. | 0. |
| LF BRIDGE LOAN | 1,042,202. | 2,226,596. |
| PAYROLL TAX PAYABLE | 12,703. | 0. |
| State Tax Payable | 8,969. | 18,085. |
| STEVE HUDSON BRIDGE LOAN | 0. | 74,208. |
| VARIOUS LOANS PAYABLE | 0. | 248,623. |
| WAGES PAYABLE | 0. | 100,131. |
| WORTHE BRIDGE NOTE | 0. | 114,167. |
| Total | $  2,353,606. | $  4,602,089. |

CLIENT COPY

**2024** | **Federal Statements** | **Page 3**

WaterIQ Technologies LLC
FKA Algaesonix, LLC

85-4227113

**Statement 7**
**Form 1125-A, Line 5**
**Other Cost of Goods Sold**

```
FREIGHT.................................................................$      88,544.
TELEMETRY SUBSCRIPTION COSTS...............................................      36,584.
                                               Total  $     125,128.
```



| Fill in this information to identify the case: |
|---|
| Debtor name        WaterIQ Technologies, LLC |
| United States Bankruptcy Court for the: District of Wyoming |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Bass, Berry, & Sims, PLC 21 Platform Way Suite 3500 Nashville, TN, 37203 | | Debt Counseling / Attorneys | | | | 477,969.35 |
| 2  Bulkley, Richardson and Gelinas, LLP 1500 Main Street Suite 2700 Springfield, MA, 1115 | | Debt Counseling / Attorneys | | | | 363,667.95 |
| 3  Egerton, McAfee, Armistead & Davis, P.C. 900 S Gay ST 14th Floor Knoxville, TN, 37902 | | Debt Counseling / Attorneys | | | | 165,209.90 |
| 4  Headway Capital LOC 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT, 84009 | | Unsecured Loan Repayments | | | | 97,176.02 |
| 5  Chief Outsiders 22001 Northpark Drive Suite 250 Houston, TX, 77339 | | Services | | | | 77,553.47 |
| 6  Newbury Capital Loan 25 W. 36th New York, NY, 10001 | | Unsecured Loan Repayments | | | | 72,637.50 |
| 7  American Express 43 Butterfield Circle El Paso, TX, 79906 | | Credit Card Debt | | | | 53,244.99 |
| 8  Velocity Capital Loan 199 Water Street 8th Floor New York, NY, 10038 | | Unsecured Loan Repayments | | | | 37,541.00 |

Debtor    WaterIQ Technologies, LLC
_____    Case number (if known)_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Tactical Marketing Automation LLC 101 Parkshore Drive Suite 205 Folsom, CA, 95630 | | Services | | | | 36,000.00 |
| 10  Spur Industrial 1420 Hughie Long Road Cresson , TX, 76035 | | Suppliers or Vendors | | | | 34,250.00 |
| 11  1 Stop Capital Loan 44 Wall Street Suite 905 New York, NY, 10005 | | Unsecured Loan Repayments | | | | 27,900.00 |
| 12  Green Hasson & Janks LLP PO BOX 514670 Dept 710059 Los Angeles, CA, 90051-4670 | | Debt Counseling / Attorneys | | | | 26,420.00 |
| 13  Smart Business Loan 366 N. Broadway Jericho, NY, 11753 | | Unsecured Loan Repayments | | | | 25,007.23 |
| 14  Dependance Finance Loan 633 167th Street Suite 804 Miami, FL, 33162 | | Unsecured Loan Repayments | | | | 19,550.50 |
| 15  CDP3 2304 Silverdale Drive Suite 200 Johnson City , TN, 37601 | | Landlord | | | | 19,230.71 |
| 16  Barrett Johnston Martin & Garrison, LLC 414 Union Street Suite 900 Nashville, TN, 37219 | | Debt Counseling / Attorneys | | | | 18,785.00 |
| 17  Inxpress, LLC 2011 Shoreline Drive Mt. Juliet, TN, 37122 | | Services | | | | 10,193.32 |
| 18  Publitech 541 NE 20th Avenue Suite 115 Portland, OR, 97232 | | Services | | | | 10,110.00 |
| 19  Jaffe Capital 99 Wall Street #1540 New York, NY, 10005 | | Unsecured Loan Repayments | | | | 9,722.85 |
| 20  Glaser Weil Fink Howard Avchen & Shapiro LLP 10250 Constellation Blvd. 19th Floor Los Angeles, CA, 90067 | | Debt Counseling / Attorneys | | | | 8,025.00 |

## WRITTEN MANAGERS CONSENT
### OF
### WATERIQ TECHNOLOGIES LLC
#### a Wyoming limited liability company

### April  23, 2025

The undersigned, each a manager (the "Manager") of Wateriq Technologies, LLC, a Wyoming limited liability Company (the "Company"), hereby consents to the following actions in accordance with the provisions of the Second Amended and Restated Limited Liability Company Agreement of the Company, dated as of December 1, 2021 (as amended from time to time, the "Operating Agreement"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Operating Agreement.

WHEREAS, Article 5 of the Operating Agreement provides that the management of the Company shall be vested in a Board of Managers (the "Board");

WHERAS, a Majority Interest of the Members of the Common Units and a Majority Interest of the Members of the Class A Units, voting together as a single class, appointed David Kruk to serve as a Manager of the Company;

WHEREAS, as of the date hereof, the Board is comprised of four (4) individuals, Lawrence Field, David Kruk, Jonathan Singer and Robert Slingerland;

WHEREAS this April 23 Written Managers Consent is intended to replace the April 21 Written Managers Consent, and the April 21 Written Managers Consent is now null and void;

WHEREAS,  a Majority Interest of the Members of the Company, having considered the financial and operational condition of the Company, approved and consented to filing a case (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Wyoming (the "Bankruptcy Court");

WHEREAS,  a Majority Interest of the Members of the Company approved and consented to the Managers of the Company acting individually or collectively, be authorized and directed, on behalf of the Company to (a) retain the law firm of Parsons Behle & Latimer to represent the Company, as lead counsel, in connection with the Chapter 11 Case, upon such terms as the Managers shall approve, and (b) employ other counsel, financial advisors, accountants, and such other professionals as may be necessary, in the Managers' reasonable business judgment, to facilitate the resolutions set forth herein to; and

WHEREAS, a Majority Interest of the Members of the Company approved and consented to removing Lawrence Field as an executive Officer of the Company;

WHEREAS, a Majority Interest of the Members of the Company approved and consented to appointing Robert J Slingerland as President of the Company, effective as of the filing of a petition with the Bankruptcy Court;

WHEREAS, a Majority Interest of the Members of the Company authorized and approved that Robert J Slingerland, as President, have plenary power to act for the Company

during the Chapter 11 Case and is hereby authorized, empowered, and directed, for and on behalf of the Company to execute and deliver such pleadings, agreements, instruments, certificates, and other documents as Robert J Slingerland may deem necessary or appropriate to effectuate the filing under Chapter 11 Case and the reorganization of the Company under Chapter 11 of the Bankruptcy Code, all in such form and upon such terms as Robert J Slingerland shall approve, the approval and execution of any such documents or items to evidence conclusively the approval thereof by the Company; and

WHEREAS, the undersigned, the Board, desires to approve the resolutions outlined below.

### *Resolutions*

NOW, THEREFORE, BE IT:

RESOLVED:   That the Board hereby approves and authorizes filing the Chapter 11 Case in the Bankruptcy Court; and be it further

RESOLVED:   That the Board hereby approves and authorizes the Company to (a) retain the law firm of Parsons Behle & Latimer to represent the Company, as lead counsel, in connection with the Chapter 11 Case and (b) employ other counsel, financial advisors, accountants, and such other professionals as may be necessary to facilitate the resolutions set forth herein; and be it further

RESOLVED:   That the Board hereby approves and authorizes removing Lawrence Field as an executive Officer of the Company; and be it further

RESOLVED:   That the Board hereby appoints Robert J Slingerland as President of the Company effective as of the filing of a petition with the Bankruptcy Court; and be it further

RESOLVED:   That the Board hereby approves and authorizes Robert J Slingerland  the plenary power to act for the Company during the Chapter 11 Case and is hereby authorized, empowered, and directed, for and on behalf of the Company to execute and deliver such pleadings, agreements, instruments, certificates, and other documents as Robert J Slingerland may deem necessary or appropriate to effectuate the filing under Chapter 11 Case and the reorganization of the Company under Chapter 11 of the Bankruptcy Code, all in such form and upon such terms as Robert J Slingerland shall approve, the approval and execution of any such documents or items to evidence conclusively the approval thereof by the Company; and be it further

RESOLVED:   That the Board hereby approves all acts and actions taken by the Managers on behalf of the Company prior to the date hereof with respect to the foregoing be, and hereby are, in all respects confirmed, approved, and ratified.

[Signatures follow on next page]

Docusign Envelope ID: 6558A841-B36A-49EC-BF10-4FC4B9648C05

IN WITNESS WHEREOF, the undersigned has executed this Written Consent of the Managers, effective as of the date first written above.

**Manager:**
By (Signature): _____
Name: Lawrence Field

**Manager:**
By (Signature): *Jonathan Singer*
Name: Jonathan Singer

**Manager:**
By (Signature): *Robert Slingerland*
Name: Robert Slingerland

**Manager:**
By (Signature): *David Kruk*
Name: David Kruk

THIS CONSENT MAY BE EXECUTED IN COUNTERPARTS