**Fill in this information to identify the case:**

Debtor name ___WaterIQ Technologies, LLC___

United States Bankruptcy Court for the: ___District of Wyoming___

(State)

Case number (If known): ___25-20159___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B* ...........................................................................................

$ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................

$ _____ 526,123.33

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B* ...........................................................................................

$ _____ 526,123.33

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................

$ _____ 1,768,362.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

$ _____ 75,711.21

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..........................................

+$ _____ 4,828,996.99

4.   **Total liabilities**...........................................................................................................................
    Lines 2 + 3a + 3b

$ _____ 6,673,070.20

**Fill in this information to identify the case:**

Debtor name ___WaterIQ Technologies, LLC___

United States Bankruptcy Court for the: ___District of Wyoming___

Case number (If known): ___25-20159___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Relay Financial Ops | Checking | 9  7  8  9 | $ 21,160.00 |
| 3.2. See continuation sheet | | | $ 3,390.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**   $ 24,550.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Rent Deposit | $ 8,183.33 |
| 7.2. Utility Security Deposit - Brightridge Electric | $ 1,000.00 |

Debtor    WaterIQ Technologies, LLC
Name

Case number (if known) 25-20159

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 9,183.33

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:    81,728.00    –    0.00    = ........➔    $ 81,728.00
    face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    8,087.00    –    725.00    = ........➔    $ 7,362.00
    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 89,090.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$_____

---

Debtor ___WaterIQ Technologies, LLC_____   Case number (if known)___25-20159_____
       Name

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>See Schedule A/B Part 5, Question 19 Attachment | 04/24/2025<br>MM / DD / YYYY | $ 140,168.00 | cost | $ 140,168.00 |
| 20. **Work in progress**<br>Work in Progress | 04/24/2025<br>MM / DD / YYYY | $ 4,019.00 | cost | $ 4,019.00 |
| 21. **Finished goods, including goods held for resale**<br>See Schedule A/B Part 5, Question 21 Attachment | 04/24/2025<br>MM / DD / YYYY | $ 134,690.00 | cost | $ 134,690.00 |
| 22. **Other inventory or supplies**<br>RMA Repairables - RS130 Int | 04/24/2025<br>MM / DD / YYYY | $ 2,840.00 | | $ 2,840.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 281,717.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

| Debtor | WaterIQ Technologies, LLC | Case number *(if known)* 25-20159 |
|--------|---------------------------|-----------------------------------|
|        | Name                      |                                   |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39. Office furniture**<br>See Schedule A/B Part 7, Question 39 Attachment | $ 0.00 | Net Book Value | $ 5,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor ___WaterIQ Technologies, LLC_____    Case number (if known)___25-20159_____
Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Schedule A/B Part 8, Question 50 Attachment | $ 0.00 | Net Book Value | $ 5,500.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 5,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  WaterIQ Technologies, LLC
_____
       Name

                                                          Case number (if known) 25-20159
                                                                          _____

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Johnson City, TN Corporate Office/Warehouse | Lessee | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>See continuation sheet | 377,411.00 | _____ | 0.00<br>$_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    _____    0.00 _ 0.00 = ➜ $ 0.00
                                Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)
    _____    Tax year _____   $_____
    _____    Tax year _____   $_____
    _____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Loan to Sonic Solutions Algae Control LLC    $ Unknown
    **Nature of claim**    Sonic Solutions Litigation Against Dive
    **Amount requested**    $ 847,244.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____    $_____
    **Nature of claim**    _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
    _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    Prepaid Software Provider (ODOO) ends 10/1/27    $ 32,572.00
    See continuation sheet    $ 78,511.00

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $ 111,083.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

Debtor WaterIQ Technologies, LLC
Name

Case number *(if known)* 25-20159

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 24,550.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 9,183.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 89,090.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 281,717.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 111,083.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 526,123.33 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................  526,123.33                            $ 526,123.33

| Debtor 1 | WaterIQ Technologies, LLC | | | 25-20159 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Relay Savings | Savings | 8193 |
| Balance: 3,385.00 | | |
| Chase Business Checking | Savings | 0624 |
| Balance: 5.00 | | |
| Chase Business Checking | Checking | 3248 |
| Balance: 0.00 | | |

**64) Other intangibles, or intellectual property**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Capitalized Costs to Raise Capital | 158,340.00 | Fair Market Value | 0.00 |
| Trademarks (2) WaterIQ Technologies and Sentinel AIQ | 0.00 | cost | Unknown |
| Product Development | 219,071.00 | Fair Market Value | 0.00 |

**77) Other property of any kind not already listed**

| General description | Current value |
|---|---|
| Misc other Prepaids | 386.00 |
| Prepaid Marketing Software Subscription – ends 1/10/26 | 12,350.00 |
| See Schedule A/B Part 11, Question 79 Attachment | 65,775.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | WaterIQ Technologies, LLC |
| United States Bankruptcy Court for the: | District of Wyoming |
| Case number (If known): | 25-20159 |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| **Creditor's name** Arnold Co LLC | **Describe debtor's property that is subject to a lien** All | $ 1,768,362.00 | $ Unknown |
|---|---|---|---|

**Creditor's mailing address**
1412 Via Coronel
Palos Verdes Peninsula, CA 90274

**Describe the lien**
Agreement you made, Secured Promissory |

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred**  9/19/2022
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $ | $ |
|---|---|---|---|

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,768,362.00

Debtor    WaterIQ Technologies, LLC
          _____
          Name

Case number (*if known*)    25-20159

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | WaterIQ Technologies, LLC |
| United States Bankruptcy Court for the: | District of Wyoming |
| Case number (if known) | 25-20159 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alec Fitzgerald
409 S Beech St
Unit 1
Johnson City, TN 37604

As of the petition filing date, the claim is: $ 1,311.00 — $ 1,311.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Anita Poe
211 Hulse Rd, , TN 37659
Jonesborough, TN 37659

As of the petition filing date, the claim is: $ 1,217.00 — $ 1,217.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
California Department of Tax and Fee Administration Payable
PO Box 942879
Sacramento, CA 94279

As of the petition filing date, the claim is: $ 5,968.00 — $ 5,968.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | Waterla Technologies, LLC | Case number *(if known)* 25-20159 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | | |

**2.4** Priority creditor's name and mailing address
Connecticut Department of Revenue Services
Payable
450 Columbus Blvd
Hartford, CT 06103

$ 413.00          $ 413.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Ehrique Mora Hedera
Calle Francisco de Asà Â s #10, Coatepec,
fraccionamiento San Isidro, Colonia Campo
Viejo,
Veracruz 91540, Mexico

$ 4,097.00          $ 4,097.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
Florida Department of Revenue Payable
5050 W Tennessee St
Tallahassee, FL 32399-0100

$ 3,147.00          $ 3,147.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address
George Hutchinson
328 Hobcaw Dr
Mount Pleasant, SC 29464

$ 10,398.00          $ 10,398.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Waterld Technologies, LLC | Case number (if known) | 25-20159 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8   Priority creditor's name and mailing address**
Igor Dibi Fernandes
venida Victorino Da Cas 600
Santa Maria RS 970060491

Total claim: $ 6,252.00
Priority amount: $ 6,252.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9   Priority creditor's name and mailing address**
Illinois Department of Revenue
101 W Jefferson St
Springfield, IL 62702

Total claim: $ 6,389.00
Priority amount: $ 6,389.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.10   Priority creditor's name and mailing address**
Jennifer Correa
7875 NW 107th Ave, ,, FL 33178
Apt 402
Miami, FL 33178

Total claim: $ 1,516.00
Priority amount: $ 1,516.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11   Priority creditor's name and mailing address**
Jessica Howington
1625 G St
Kingsport, TN 37664

Total claim: $ 1,744.00
Priority amount: $ 1,744.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Waterra Technologies, LLC | | Case number *(if known)* 25-20159 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12  Priority creditor's name and mailing address**

Joshua Vaughn
1811 W Lakeveiw Dr
A12
Johnson City, TN 37601

$315.00        $315.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.13  Priority creditor's name and mailing address**

Kathiria Lebron-Figuero
304 Parkway Blvd
Elizabethton, TN 37643

$597.00        $597.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.14  Priority creditor's name and mailing address**

Luis Munoz-Coss
123 REESER ROAD
LOT 59
Johnson City, TN 37601

$484.00        $484.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.15  Priority creditor's name and mailing address**

Matthew Watson
104 Creek Rd,, TN 37650
Erwin, TN 37650

$1,257.00        $1,257.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor  Wateria Technologies, LLC
_____
Name

Case number (if known)  25-20159

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

**2. 16** Priority creditor's name and mailing address
Nebraska Department of Revenue Payable
PO Box 94818
Lincoln, NE 68509-4818

$ 165.00     $ 165.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Taxes & Other Government Units

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 17** Priority creditor's name and mailing address
North Carolina Department of Revenue Payable
PO Box 1168
attn: Bankruptcy Unit
Raleigh, NC 27602-1168

$ 647.00     $ 647.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Taxes & Other Government Units

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 18** Priority creditor's name and mailing address
Reese Bressler
210 W Unaka Ave
Apt 2
Johnson City, TN 37604

$ 1,149.00     $ 1,149.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 19** Priority creditor's name and mailing address
Ryan Lemmer
109 Oak Rd, , TN 37620
Bristol, TN 37620

$ 1,279.00     $ 1,279.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Waterfield Technologies, LLC | Case number (if known) | 25-20159 |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | | |

**2.20** Priority creditor's name and mailing address
South Carolina Department of Revenue Payable
PO Box 125
Corporate Tax
Columbia, SC 29214-0400

$3,014.00     $3,014.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.21** Priority creditor's name and mailing address
Tennessee Dept Of Revenue
500 Deaderick St
3rd Fl
Nashville, TN 37242

$9,633.00     $9,633.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.22** Priority creditor's name and mailing address
Texas State Comptroller Payable
111 E 17th St
Austin, TX 78774

$2,163.00     $2,163.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.23** Priority creditor's name and mailing address
Trevor Cates
1219 Cora Ln,
Apr 23
Johnson City, TN 37615

$1,520.00     $1,520.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Waterra Technologies, LLC | Case number *(if known)* | 25-20159 |
| --- | --- | --- | --- |
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.24  Priority creditor's name and mailing address**

Virginia Department of Taxation Payable
PO Box 1115
Office of Customer Service
Richmond, VA 23218-1115

$ 418.00                $ 418.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.25  Priority creditor's name and mailing address**

Washington County Trustee
2 Marketplace Blvd
Johnson City, TN 37604

$ 2.21                $ 2.21

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.26  Priority creditor's name and mailing address**

William Bundick
16213 Heartquake Trce,
Moseley, VA 23120

$ 8,875.00                $ 8,875.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.27  Priority creditor's name and mailing address**

Wyoming Department of Revenue
122 West 25th
Suite E301
Cheyenne, WY 82002

$ 1,741.00                $ 1,741.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

| Debtor | Waterlo Technologies, LLC | Case number (if known) | 25-20159 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**
1Stop
44 Wall Street
Suite 905
New York, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monies Loaned / Advanced

$ 12,600.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**
3D Chimera
4990 SW 72 Ave
Unit 103
Miami, FL 33155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,892.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**
AlgaeControl.US
1514 Mathis Ferry Road
Suite 14
Mount Pleasant, SC 29464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 407.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**
American Express
43 Butterfield Circle
El Paso, TX 79906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 53,276.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**
Apollo Ag Technologies
7600 Quattro Dr
Chanhassen, MN 55317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 67,900.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**
Barrett Johnston Martin & Garrison, LLC
414 Union Street
Suite 900
Nashville, TN 37219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 18,785.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Waterla Technologies, LLC | Case number (if known) | 25-20159 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7 Nonpriority creditor's name and mailing address**

Bass, Berry, & Sims, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 477,969.35

---

**3.8 Nonpriority creditor's name and mailing address**

Berkeley County Public Service Sewer District
65 District Way
Martinsburg, WV 25404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,199.00

---

**3.9 Nonpriority creditor's name and mailing address**

Bulkley, Richardson and Gelinas, LLP
1500 Main Street
Suite 2700
Springfield, MA 1115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 363,667.95

---

**3.10 Nonpriority creditor's name and mailing address**

Business Wire Inc.
101 California St
Floor 20
San Francisco, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,720.00

---

**3.11 Nonpriority creditor's name and mailing address**

Canada Company
4141 S. 87th E. Ave
Tulsa, OK 74145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,998.50

---

| Debtor | Watsria Technologies, LLC | Case number (if known) | 25-20159 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Carriage Hill Management LLC
100 Park Ave
16th Fl
New York, NY 200017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

CDP3
2304 Silverdale Dr
Suite 200
Johnson City, TN 37601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,230.71

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Chase Bank
7293 Kingston Pike
Knoxville, TN 37919

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,652.12

Basis for the claim: Overdrawn Bank Account

Date or dates debt was incurred  4/24/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Chief Outsiders
22001 Northpark Drive
Suite 250
Houston, TX 77339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77,553.47

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Daisy Hellman
1355 S Creamery Lane
Jackson, WY 83001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,579.71

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Dennis Gregor
c/0 CanDetec
Unit 8
530 Seaman St.
Stoney Creek, NC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,740.50

---

**3.18** Nonpriority creditor's name and mailing address

Dependence
633 167th st
Suite 804
N Miami Beach, FL 33162

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,515.64

---

**3.19** Nonpriority creditor's name and mailing address

DoiT International
5201 Great America Pkwy
Suite 320
Santa Clara, CA 95054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,010.22

---

**3.20** Nonpriority creditor's name and mailing address

Ds Smith Packaging-Greeneville
120 T. Elmer Cox Drive
Greenville, TN 37743

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 950.90

---

**3.21** Nonpriority creditor's name and mailing address

Egerton, McAfee, Armistead & Davis, P.C.
900 S Gay ST
14th FL
Knoxville, TN 37902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 165,209.90

Debtor    Waterke Technologies, LLC
          Name

Case number (if known)    25-20159

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Eminent
369 Lexington Avenue
2nd Fl
New York, NY 10017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,924.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23** Nonpriority creditor's name and mailing address

Eureka Water Probes
2113 Wells Branch Parkway
Suite 4400
Austin, TX 78728

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,165.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24** Nonpriority creditor's name and mailing address

Ginger Cove Lake Association
PO Box 596
Valley, NE 68064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,876.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25** Nonpriority creditor's name and mailing address

Glaser Weil Fink Howard Avchen & Shapiro LLP
10250 Constellation Blvd
19th Fl
Los Angeles, CA 90067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,025.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26** Nonpriority creditor's name and mailing address

Green Hasson & Janks LLP
Dept 710059
PO Box 514670
Los Angeles, CA 90051-4670

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,420.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Waterlic Technologies, LLC_____    Case number *(if known)* ___25-20159_____
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 27    **Nonpriority creditor's name and mailing address**

Headway
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 97,176.02

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 28    **Nonpriority creditor's name and mailing address**

Inxpress, LLC
2011 Shoreline Drive
Mt Juliet, TN 37122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,193.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 29    **Nonpriority creditor's name and mailing address**

Jeff Worthe
100 Wilshire Blvd
Suite 1600
Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 116,666.66

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 30    **Nonpriority creditor's name and mailing address**

JS Water Energy Life Co. Pvt. Ltd
143 Udyog Vhar
Phase IV
Guragon, IN 122015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,530.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 31    **Nonpriority creditor's name and mailing address**

Lawrence Field
3075 West Bridger Road
Wilson, WY 83014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 2,802,813.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | Waterla Technologies, LLC | Case number (if known) 25-20159 |
| --- | --- | --- |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32  Nonpriority creditor's name and mailing address**

Milvado
1202 Avenue U
Suite 115
Brooklyn, NY 11229

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,495.61

**Basis for the claim:** Wilson

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.33  Nonpriority creditor's name and mailing address**

Newbury
25 W 36th
New York, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58,110.00

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.34  Nonpriority creditor's name and mailing address**

Nikki Mercer
3075 West Bridger Road
Wilson, WY 83014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,000.00

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.35  Nonpriority creditor's name and mailing address**

PUBLITEK LLC
541 NE 20th Avenue
Suite 115
Portland, OR 97323

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,110.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.36  Nonpriority creditor's name and mailing address**

Ranch Systems Inc.
37 Commerical Blvd
Suite 101
Novato, CA 94949-6112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,192.75

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Waterla Technologies, LLC | Case number (if known) | 25-20159 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37   Nonpriority creditor's name and mailing address**

Smart Business
366 N. BROADWAY
Jerico, NY 11753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,425.23

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38   Nonpriority creditor's name and mailing address**

Spur Industrial
1420 Hughie Long Road
Cresson, TX 76035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 34,250.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39   Nonpriority creditor's name and mailing address**

Steve Hudson
7390 Ridgecrest Ct Rd
Birmingham, AL 35242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,833.40

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40   Nonpriority creditor's name and mailing address**

Strategic Value Media
8700 Indian Creek Parkway
Overland Park, KS 66210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 495.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41   Nonpriority creditor's name and mailing address**

Tactical Marketing Automation LLC
101 Parkshore Drive
Suitre 205
Folsom, CA 95630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 36,000.00

**Basis for the claim:** Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor     Waterla Technologies, LLC
     Name

Case number (if known)   25-20159

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** _42_   **Nonpriority creditor's name and mailing address**

Target Litigation Consulting Inc.
1 Liberty Sq
Boston, MA 2109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 7,267.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _43_   **Nonpriority creditor's name and mailing address**

UPS
55 Glenlake Pkwy NE
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,178.51

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _44_   **Nonpriority creditor's name and mailing address**

Velocity
199 Water Street
8th Fl
New York, NY 10038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 30,503.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _45_   **Nonpriority creditor's name and mailing address**

Vision Machining Inc.
PO Box 709
North Hatfield, MA 1066

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,028.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _46_   **Nonpriority creditor's name and mailing address**

Wellround Technology Co, LTD
19th Fl
Talad Khwan Meueang, NC 11000

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,457.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Waterid Technologies, LLC
Name

Case number *(if Known)*   25-20159

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 75,711.21 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 4,828,996.99 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,904,708.20 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name    WaterIQ Technologies, LLC

United States Bankruptcy Court for the:   District of Wyoming

Case number (If known):   25-20159     Chapter   11

☐ Check if this is an
amended filing

---

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | ERP and CRM software<br>Lessee | Odoo Inc<br>8000 Marina Blvd<br>#300<br>Brisbane, CA, 94005 |
| | State the term remaining | 29 months ending 10/2027 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse and office space<br>Lessee | CDP3, a TN General Partnership<br>2304 Silverdale Dr<br>Suite 200<br>Johnson City, TN, 37601 |
| | State the term remaining | 23 months 3/31/2026 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Marketing lead software subscription<br>Lessee | Act-On<br>8300 SW Creekside Pl<br>Suite 250-8300<br>Beaverton, OR, 97008 |
| | State the term remaining | 8 months ending 1/10/2026 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Advisory services<br>Agent | Carriage Hill Management LLC<br>100 Park Ave<br>16th Fl<br>New York, NY, 10017 |
| | State the term remaining | Termination date 5/10/2025 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___WaterIQ Technologies, LLC_____

United States Bankruptcy Court for the: ___District of Wyoming_____

Case number (If known): ___25-20159_____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Lawrence Fields | 3075 W Bridger Rd<br>PO Box 2058<br>Wilson, WY 83014 | Arnold Co LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | CDP3, a TN General Part | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | 1Stop | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | Eminent | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Lawrence Field | 3075 W Bridger Rd<br>Wilson, 83014 | Smart Business | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | American Express | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | WaterIQ Technologies, LLC | Case number *(if known)* 25-20159 |
|---|---|---|
| | Name | |



## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | CDP3 | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | Dependence | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | Headway | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | Milvado | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | Newbury | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | Lawrence Field | 3075 W Bridger Rd<br>Wilson, WY 83014 | Velocity | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

WaterIQ Technologies, LLC
Chapter 11 sub V Case # 25-20159
 Schedule A/B Part 5, Question 19 Attachment
Raw Materials Inventory

| Display Name | Average Cost | Cost | Quantity On Hand | Total Value |
|---|---|---|---|---|
| J-B Weld 8281 | 14.34 | 14.34 | 7 | $100.38 |
| DIODE ARRAY GP 200V 3A TO220 | 0.63 | 0.635 | 139 | $88.26 |
| IC MCU 32BIT 64KB FLASH 28SSOP | 1.54 | 1.54 | 143 | $220.22 |
| IC REG LINEAR 3.3V 100MA SOT89-3 | 0.21 | 0.207 | 149 | $30.84 |
| IC SNGL 3-IN POS-AND-OR S0T23-6 | 0.2 | 0.2 | 143 | $28.60 |
| RES 43K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 193 | $1.93 |
| Black PP Plastic Caps 70-400 | 0.12 | 0.12 | 230 | $27.60 |
| Male Header Pin | 0.01 | 0.01 | 1663 | $16.63 |
| White large water sample box | 2.14 | 2.14 | 61 | $130.54 |
| #6 Ring Terminal Connector Stud Circular 14-16 AWG Crimp | 0.07 | 0.07 | 171 | $11.97 |
| #6 Spade Terminal, Red | 0.08 | 0.08 | 229 | $18.32 |
| (Australia) to IEC C13 Power Cord (1m) | 4.15 | 4.15 | 11 | $45.65 |
| 1" 2-1 Polyolefin Heat Shrink Tubing | 0.07 | 0.07 | 343 | $24.01 |
| 1.25in angle aluminum 1/16 thick 8ft L | 0.27 | 0.27 | 42 | $11.34 |
| 1/4" QUICK CONNECT FEMALE, BLUE CRIMP TERMINAL For 16-14 wire | 0.09 | 0.09 | 41 | $3.69 |

| | | | | |
|---|---|---|---|---|
| 1/4" Size Stainless Steel Screw Pin D Shackle SMALL | 2.88 | 2.88 | 20 | $57.60 |
| 1/4" Stainless Steel Screw Pin Wide D Shackle LARGE | 2.98 | 2.98 | 27 | $80.46 |
| 1/4"-20 Thread Size, 2-1/2" Long, Fully Threaded Hex Head Screw | 0.31 | 0.31 | 46 | $14.26 |
| 1/4"DIA NYLON CABLE CLAMP, #10 STUD | 0.07 | 0.07 | 117 | $8.19 |
| 1/8 in. Aircraft Grade Wire Rope | 0.01 | 0.01 | 1580 | $15.80 |
| 1/8 in. Zinc-Plated Wire Rope Clamp | 0.53 | 0.53 | 40 | $21.20 |
| 10 Screw Size, 0.2" ID, 0.5" OD, 18-8 Stainless Steel w/ Neoprene Rubber Sealing Washer | 0.16 | 0.16 | 81 | $12.96 |
| 10-32 Thread Size, 18-8 Stainless Steel Hex Nut | 0.05 | 0.05 | 547 | $27.35 |
| 10-32 Thread Size, 3/4" Long, 316 Stainless Steel Pan Head Phillips Screw Super-Corrosion-Resistant | 0.38 | 0.38 | 191 | $72.58 |
| 10-32 Thread Size, 5/8" Long, 316 Stainless Steel Pan Head Phillips Screw Super-Corrosion-Resistant | 0.32 | 0.32 | 174 | $55.68 |
| 10ft 18 AWG NEMA 5-15P to C13-Right Angle Standard Power Cord | 4.83 | 4.83 | 67 | $323.61 |
| 10ft BS1363 3-pin plug to IEC C13 Power Cord (Thicker Wire) | 8.55 | 8.55 | 2 | $17.10 |
| 10mm+6mm M2.5 Standoff Screws and Nuts | 0.18 | 0.177 | 128 | $22.65 |
| 12FT 18 AWG Replacement Power Cord 2 Prong Power Cord Pigtail 18 Gauge | 8.38 | 8.38 | 8 | $67.04 |
| 12V 100Ah LiFePO4 Lithium Battery | 324.99 | 324.99 | 11 | $3,574.89 |
| 12V 55AH SLA DEEP CYCLE BATTERY | 148.35 | 148.35 | 2 | $296.70 |
| 12mm Thread 4 Pins Male Female Panel Metal Aviation Wire Connector | 0.99 | 0.99 | 132 | $130.68 |
| 14 AWG 15A 250V Power Cord Mexico | 13.99 | 13.99 | 1 | $13.99 |
| 16/3 300V SJEOOW Seoprene Cord | 2.29 | 2.29 | 1219.2 | $2,791.97 |
| 18 AWG Silicone Wire Red, 200,ÑÉ, 600V | 0.01 | 0.01 | 2428.8 | $24.29 |
| 18 inch Black Zip Ties 200 LBS | 0.16 | 0.159 | 129 | $20.49 |
| 18-8 Stainless Steel Nylon-Insert Locknut | 0.05 | 0.05 | 17 | $0.85 |
| 18-8 Stainless Steel Wing Nut | 0.25 | 0.25 | 5 | $1.25 |

| | | | |
|---|---|---|---|
| 18/4 300V SJEOOW Seoprene Cord | 1.93 | 1.93 | 2196.8 | $4,239.81 |
| 18AWG Black, ST-18-00 | 0.01 | 0.01 | 4882.8 | $48.82 |
| 18AWG Green, ST-18-05 | 0.01 | 0.01 | 267.6 | $2.68 |
| 18AWG Red, ST-18-02 | 0.01 | 0.01 | 3694.8 | $36.95 |
| 18AWG Super Soft Flexible Rubber Silicone Wire Black | 0.01 | 0.01 | 4308.7 | $43.09 |
| 18AWG White, ST-18-09 | 0.01 | 0.01 | 854.4 | $8.53 |
| 1uF 50V X7R 0805 CAP | 0.11 | 0.11 | 200 | $22.00 |
| 2 Pins Panel Metal Mount Circular Metal Aviation Connector Adapter Male Female | 1.09 | 1.09 | 42 | $45.78 |
| 20 GA. GREEN HOOK-UP WIRE, STRANDED 100' | 0.01 | 0.01 | 672 | $6.72 |
| 200KHz 30W Ultrasonic Transducer (PZT-4) | 20 | 20 | 124 | $2,480.00 |
| 20Awg 2Pin Extension Cable Wire Cord White Zip Cord | 0.01 | 0.01 | 536 | $5.36 |
| 22 GAUGE RED/BLACK ZIP CORD | 0.01 | 0.015 | 1252.8 | $18.78 |
| 25 MHz TCXO LVCMOS Oscillator 3.3V Enable/Disable | 2.4 | 2.4 | 147 | $352.80 |
| 3-8in  Adhesive Lined Heat Shrink Tubing | 0.06 | 0.06 | 1271 | $76.26 |
| 3.7V Li-Po 1300mAh Battery | 10.95 | 10.95 | 24 | $262.80 |
| 3/16" Hex Size, 1" Long, 6-32 Thread Size Hex Standoff | 0.57 | 0.57 | 44 | $25.08 |
| 3/16"DIA NYLON CABLE CLAMPS, #10 STUD | 0.07 | 0.07 | 156 | $10.92 |
| 30W Watts 12V Mono Solar Panel Waterproof | 56.99 | 56.99 | 9 | $512.91 |
| 316 Stainless Steel Nylon-Insert Locknut Super-Corrosion-Resistant, 6-32 Thread Size | 0.08 | 0.08 | 131 | $10.48 |
| 316 Stainless Steel Pan Head Phillips Screws 1/2", 4-40 | 0.11 | 0.11 | 192 | $21.12 |
| 320 Watt Monocrystalline Solar Panel | 314 | 314 | 17 | $5,338.00 |
| 36.5K chip resistor 0805 | 0.1 | 0.1 | 268 | $26.80 |
| 3M Scotch-Weld Urethane Adhesive DP604NS Black, 48.5 mL | 21.16 | 21.16 | 3 | $63.48 |
| 4 INCH BLACK ZIP TIES | 0.01 | 0.01 | 1425 | $14.25 |
| 4-40 Thread Size, 5/16" Long, Phillips Rounded Head Screws 18-8 Stainless Steel | 0.1 | 0.1 | 193 | $19.30 |

| Item | | | | |
|---|---|---|---|---|
| 48Vdc PFC Power Supply | 159.95 | 159.95 | 33 | $5,278.35 |
| 4K Transducer Shells | 5.02 | 5.02 | 530 | $2,660.60 |
| 5/16(8mm) White Hole Plugs PN# 145-62MP0312W-ND | 0.14 | 0.14 | 69 | $9.66 |
| 50 Watt Renogy solar panel | 59.99 | 59.99 | 9 | $539.91 |
| 50W solar panel | 89.95 | 89.95 | 5 | $449.75 |
| 55 Ohms @ 25 MHz 1 Ferrite Bead 2-SMD, J-Lead 0.8mOhm | 0.15 | 0.15 | 112 | $16.80 |
| 5MM LED Lamp Holder | 0.5 | 0.5 | 29 | $14.50 |
| 6-32 1/4", 18-8 PANHEAD PHILLIPS | 0.07 | 0.07 | 200 | $14.00 |
| 6-32 Thread Size, 18-8 Stainless Steel Hex Nut | 0.04 | 0.04 | 483 | $19.32 |
| 6-32 Thread, 5/8" Long Flat Head | 0.08 | 0.082 | 85 | $6.97 |
| 6ft Italy 3-pin Plug to C13 Power Cord | 4.95 | 4.95 | 6 | $29.70 |
| 7 AMP FAST BLOW GLASS FUSE | 0.2 | 0.2 | 70 | $14.00 |
| 7/16 White Hole Plugs PN#  145-62MP0437W-ND | 0.15 | 0.15 | 138 | $20.70 |
| 8-32 Thread Size, 316 Stainless Steel Nylon-Insert Locknuts | 0.12 | 0.12 | 546 | $65.52 |
| 8-32 Thread Size, 5/8" Long, 316 Stainless Steel Phillips Flat Head Screws | 0.12 | 0.12 | 225 | $27.00 |
| 8-32 Thread, 1" Long, Passivated 18-8 Stainless Steel Pan Head Phillips Screw | 0.15 | 0.15 | 107 | $16.05 |
| 8-32 Thread, 3/4" Long, Passivated 18-8 Stainless Steel Pan Head Phillips Screw | 0.13 | 0.13 | 137 | $17.81 |
| 8-32 Thread, 5/8" Long, Passivated 18-8 Stainless Steel Pan Head Phillips Screw | 0.12 | 0.12 | 354 | $42.48 |
| 82 Ohms @ 100 MHz 1 Power Line Ferrite Bead 2-SMD, J-Lead 10A 1mOhm | 0.55 | 0.55 | 200 | $110.00 |
| 8in BLACK ZIP TIES | 0.04 | 0.04 | 100 | $4.00 |
| ABS WQ-64P Plastic Panel for WQ-64 Enclosures | 14.52 | 14.52 | 14 | $203.28 |
| AC Iso Input Telemetry Harness | 5.48 | 5.48 | 704 | $3,857.92 |
| AC/DC CONVERTER 5V 25W [POWER SUPPLY] | 10.6 | 10.6 | 67 | $710.20 |

| | | | |
|---|---|---|---|
| ALG ALPHA DRIVER v4.9 PCB ASSEMBLY | 144 | 144 | 4 | $576.00 |
| ANALOG COMPARATORS RAIL-TO-RAIL 1.8V | 1.11 | 1.11 | 142 | $157.62 |
| ASI 388 Electronic Grade Silicone | 26.79 | 26.79 | 4 | $107.16 |
| ASX_LED-SIGNALMGMT-DC_V1.0 | 13.3 | 13.3 | 51 | $678.30 |
| ASX_SignalMGMT-AC_V1.2 | 12.9 | 12.9 | 170 | $2,193.00 |
| ASX_SignalMGMT-DC_V2.1B | 12 | 12 | 50 | $600.00 |
| Ackers Science Polypropylene Graduated Microcentrifuge Tubes with Snap Cap | 0.03 | 0.03 | 1025 | $30.75 |
| Aframe Battery Labels | 1.4 | 1.4 | 195 | $273.00 |
| Alpha Driver Bare Board Version 3 | 3.15 | 3.15 | 170 | $535.50 |
| Aluminum  Radial Leaded 50volts 2.2uF 4X7mm L/S=2.5mm Ammo STR | 0.1 | 0.097 | 700 | $67.90 |
| Avery 8.5"x11" Shipping Labels | 0.19 | 0.19 | 42 | $7.98 |
| BIRD DEFLECTORS | 60.89 | 60.89 | 4 | $243.56 |
| BLUE RING TERMINAL, 5/16" HOLE For 16-14 wire. | 0.07 | 0.07 | 257 | $17.99 |
| BUTT CONNECTOR, VINYL-INSULATED, BLUE | 0.09 | 0.09 | 60 | $5.40 |
| BUTT CONNECTOR, VINYL-INSULATED, YELLOW For 12-10 wire | 0.13 | 0.13 | 85 | $11.05 |
| Ball Pump | 1.16 | 1.16 | 29 | $33.64 |
| Battery Box | 199.95 | 199.95 | 2 | $399.90 |
| Bifacial 450 Watt Monocrystalline Solar Panel | 799.99 | 799.99 | 3 | $2,399.97 |
| Black ABS Plastic Sheet, 12" x 16" 1/8" Thick (3mm) | 8 | 7.995 | 2 | $15.99 |
| Black Caps | 1.49 | 1.49 | 3 | $4.47 |
| Black Caps For Heads Transmission Caps | 25 | 25 | 3 | $75.00 |
| Black Rocker Switch Toggle with Pre-soldered Wires | 0.9 | 0.9 | 16 | $14.40 |
| Boat Bumpers for Docking, Dock Floats | 18.49 | 18.49 | 8 | $147.92 |
| Boost Regulator Positive Output Step-Up DC-DC Controller IC 20-HTSSOP | 2.29 | 2.288 | 127 | $290.57 |
| Bottom Heat Sinks w/4 holes and inserts | 8.7 | 8.7 | 58 | $504.60 |

| | | | | |
|---|---|---|---|---|
| Boxes, Enclosures, Racks-BOX ALUM  6.290"L X 3.930"W (Black or Silver) | 32.27 | 32.27 | 4 | $129.08 |
| CABLE BOX | 2.07 | 2.07 | 94 | $194.58 |
| CABLE MOUNT CONNECTOR - Male | 18.37 | 18.37 | 62 | $1,138.94 |
| CAP ALUM 10UF 20% 50V RADIAL | 0.11 | 0.11 | 240 | $26.40 |
| CAP ALUM 150UF 20% 50V RADIAL | 0.62 | 0.62 | 100 | $62.00 |
| CAP ALUM 33UF 20% 160V RADIAL | 0.24 | 0.242 | 524 | $126.80 |
| CAP ALUM CKS 2200UF 20% 50V RADIAL | 1.78 | 1.78 | 200 | $356.00 |
| CAP ALUM POLY 100uF 16V 20% | 0.56 | 0.56 | 310 | $173.60 |
| CAP ALUM POLY 330UF 20% 6.3V SMD | 0.56 | 0.56 | 100 | $56.00 |
| CAP ALUM POLY 33UF 20% 80V SMD | 0.45 | 0.453 | 196 | $88.79 |
| CAP ALUM POLY PZH 56UF 20% 63V RADIAL | 1.98 | 1.98 | 202 | $399.96 |
| CAP ALUM UFW 100UF 20% 16V RADIAL | 0.26 | 0.26 | 57 | $14.82 |
| CAP CER  0.01uF 100V X7R 0805 [10000PF] | 0.01 | 0.012 | 880 | $10.56 |
| CAP CER 0.022UF 100V X7R 0805 | 0.03 | 0.035 | 164 | $5.73 |
| CAP CER 0.068UF 100V C0G 1206 | 0.17 | 0.17 | 139 | $23.63 |
| CAP CER 0.082UF 100V X7R 0805 | 0.29 | 0.29 | 100 | $29.00 |
| CAP CER 0.1UF 100V X7R 0805 | 0.01 | 0.01 | 4281 | $42.81 |
| CAP CER 0.1UF 100V X7R 1206 [100000pF] | 0.04 | 0.04 | 439 | $17.56 |
| CAP CER 0.33UF 250V X7T 1210 | 0.24 | 0.238 | 612 | $145.66 |
| CAP CER 0.47UF 100V 1210 ¬±10% | 0.55 | 0.55 | 1004 | $552.20 |
| CAP CER 0.47UF 100V X7S 0805 | 0.07 | 0.074 | 556 | $41.14 |
| CAP CER 1000PF 100V C0G 0805 | 0.04 | 0.04 | 200 | $8.00 |
| CAP CER 1000PF 100V C0G/NP0 0805 | 0.04 | 0.036 | 8 | $0.29 |
| CAP CER 100PF 100V C0G/NP0 0805 | 0.01 | 0.01 | 1041 | $10.41 |
| CAP CER 10PF 100V C0G/NP0 0805 | 0.1 | 0.1 | 100 | $10.00 |
| CAP CER 10UF 50V X5R 0805 | 0.08 | 0.082 | 124 | $10.17 |
| CAP CER 1UF 100V X7R 1206 | 0.06 | 0.061 | 336 | $20.50 |

| | | | |
|---|---|---|---|
| CAP CER 1UF 100V X7S 0805 | 0.12 | 0.123 | 664 | $81.67 |
| CAP CER 2.2UF 50V X5R 0805 | 0.06 | 0.06 | 139 | $8.34 |
| CAP CER 2.2UF 50V X7R 0805 | 0.36 | 0.36 | 170 | $61.20 |
| CAP CER 2400pF capacitor SMD 0805 | 0.04 | 0.04 | 221 | $8.84 |
| CAP CER 4700PF 100V X7R 0805 | 0.06 | 0.056 | 140 | $7.83 |
| CAP CER 6800PF 100V C0G 0805 | 0.1 | 0.099 | 145 | $14.36 |
| CAP FILM 0.47UF 10% 100VDC RAD | 0.51 | 0.51 | 15 | $7.65 |
| CBL Assy 48V DC AUX 11 inch | 4.88 | 4.88 | 44 | $214.72 |
| CBL Assy AC Nema Box MN Power Supply 48V AUX | 5.85 | 5.85 | 66 | $386.10 |
| CBL Assy Telemetry I O | 5.38 | 5.38 | 833 | $4,481.54 |
| CBL CLIP C-TYPE GRAY ADHESIVE | 0.36 | 0.36 | 86 | $30.96 |
| CBL-SENSOR-4P | 36.4 | 36.4 | 121 | $4,404.40 |
| CBL-SENSOR-6P | 40.6 | 40.6 | 22 | $893.20 |
| CBLSOLAR | 13.32 | 13.32 | 1 | $13.32 |
| CONN HEADER VERT 12POS 2MM | 0.57 | 0.57 | 172 | $98.04 |
| CONN HEADER VERT 2POS | 0.67 | 0.67 | 198 | $132.66 |
| CONN HEADER VERT 2POS 2.54MM | 0.21 | 0.21 | 376 | $78.96 |
| CONN HEADER VERT 2POS 3.5MM | 0.61 | 0.606 | 8 | $4.85 |
| CONN HEADER VERT 4POS 3MM | 0.93 | 0.93 | 240 | $223.20 |
| CONN HOUSING 2POS 2.5MM | 0.36 | 0.36 | 146 | $52.56 |
| CONN HOUSING PH 4POS 2MM WHITE-FEMALE | 0.11 | 0.11 | 35 | $3.85 |
| CONN HOUSING VH 4POS 3.96MM WHT-FEMALE | 0.16 | 0.164 | 69 | $11.32 |
| CONN RCPT HSG 2POS 3.00MM | 0.4 | 0.4 | 453 | $181.20 |
| CONN RCPT HSG 2POS 3.50MM | 0.36 | 0.36 | 200 | $72.00 |
| CONN RCPT HSG 3POS 2.00MM | 0.05 | 0.05 | 117 | $5.85 |
| CONN RCPT HSG 3POS 3.96MM | 0.11 | 0.105 | 68 | $7.14 |
| CONN RCPT HSG 4POS 3.00MM | 0.44 | 0.44 | 34 | $14.96 |
| CONN SOCKET 18-22AWG CRIMP TIN-VH SERIES | 0.16 | 0.16 | 260 | $41.60 |

| | | | |
|---|---|---|---|
| CONN SOCKET 18AWG CRIMP TIN | 0.16 | 0.16 | 513 | $82.08 |
| CONN SOCKET 22-26AWG CRIMP TIN | 0.1 | 0.1 | 602 | $60.20 |
| CONNECTOR KIT | 0.05 | 0.049 | 255 | $12.50 |
| Cable Assemblies Power, Line Cables and Extension Cords | 6.25 | 6.25 | 1 | $6.25 |
| Cable Connector Female 2 Pin | 2.15 | 2.15 | 15 | $32.25 |
| Cable Connector Female 4 Pin | 2.15 | 2.15 | 74 | $159.10 |
| Cable Connector Male 2 Pin | 2.15 | 2.15 | 80 | $172.00 |
| Cable Connector Male 4 Pin | 2.15 | 2.15 | 84 | $180.60 |
| Cap Nut M8 x 1.25 mm Thread | 0.54 | 0.54 | 95 | $51.30 |
| Cap Screw SS304 3/8-16x1 FT | 0.26 | 0.26 | 47 | $12.22 |
| Caveman Plastics Large Float | 30.5 | 30.5 | 64 | $1,952.00 |
| Circuit Protection Fuses-FUSE GLASS 15A 250VAC 5X20MM | 0.42 | 0.42 | 50 | $21.00 |
| Circuit VARISTOR 56V 1KA DISC 14MM | 0.44 | 0.44 | 45 | $19.80 |
| Common Mode Chokes / Filters 170ohms 100MHz 20mA 1 Choke Thru-hole | 2.74 | 2.74 | 50 | $137.00 |
| Conn Shrouded Header (4 Sides) HDR 8 POS 2mm Solder RA Side Entry Thru-Hole Box | 0.26 | 0.259 | 180 | $46.62 |
| Connector Housing, 12 Positions, 2 mm, PAD Series Contacts | 0.23 | 0.23 | 29 | $6.67 |
| Connector Housing, Receptacle, 8 Positions, 2 mm, BPH and SPH Series Crimp Contacts | 0.09 | 0.09 | 116 | $10.44 |
| Contact, DF11 Series, Socket, Crimp, 24 AWG, Tin Plated Contacts | 0.08 | 0.08 | 285 | $22.80 |
| Contact, PH Series, Socket, Crimp, 24 AWG, Tin Plated Contacts, PH Connectors | 0.02 | 0.02 | 76 | $1.52 |
| Corrosion-Resistant Chain 316 Stainless Steel, 1/8 Trade Size | 0.64 | 0.64 | 270 | $172.80 |
| DC-DC Buck Converter Step Down Module Power Supply | 1.05 | 1.047 | 243 | $254.43 |
| DC/DC CONVERTER 5V 30W [POWER SUPPLY] | 34.42 | 34.42 | 22 | $757.24 |
| DGTL ISO 5000VRMS 2CH GP 8SOIC | 1.84 | 1.84 | 124 | $228.16 |
| DIODE RECTIFIER 150V 16A TO-220AB | 0.67 | 0.67 | 421 | $282.07 |

| | | | |
|---|---|---|---|
| DIODE RECTIFIER 200V 800MA SOD123W | 0.21 | 0.208 | 279 | $58.03 |
| DIODE SCHOTTKY 100V 2A DO220AA | 0.21 | 0.21 | 147 | $30.87 |
| DIODE SCHOTTKY 120V 30A | 1.42 | 1.42 | 84 | $119.28 |
| DIODE SCHOTTKY 150V 2A PMDTM | 0.28 | 0.28 | 8 | $2.24 |
| DIODE SCHOTTKY 200V 10A DPAK | 0.33 | 0.332 | 29 | $9.64 |
| DIODE SCHOTTKY 200V 1A DO214AC | 0.41 | 0.41 | 33 | $13.53 |
| DIODE SCHOTTKY 40V 1A SOD123 | 0.09 | 0.088 | 853 | $75.06 |
| DIODE ZENER 10V 500MW SOD123 | 0.04 | 0.04 | 94 | $3.76 |
| DIODE ZENER 15V 3W DO214AA | 0.43 | 0.43 | 54 | $23.22 |
| DPST on-off, heavy-duty, standard toggle switch | 2.85 | 2.85 | 11 | $31.35 |
| DUAL ROW BARRIER STRIP, 20A, 2-CIRCUIT | 1.01 | 1.01 | 45 | $45.45 |
| DUAL-ROW BARRIER STRIP, 20A, 3-CIRCUIT | 1.11 | 1.11 | 738 | $819.18 |
| DUAL-ROW BARRIER STRIP, 20A, 4-CIRCUIT | 1.65 | 1.65 | 54 | $89.10 |
| Dielectric Grease 5g Packet | 0.8 | 0.8 | 765 | $612.00 |
| Direct Digital Synthesis IC 10 b 25 MHz 28 b Tuning 10-MSOP | 8.31 | 8.315 | 139 | $1,155.78 |
| Energy BlueSolar MPPT 75V 15 amp 12/24-Volt Solar Charge Controller | 50.15 | 50.15 | 15 | $752.25 |
| Epoxy Kit | 500 | 500 | 1.9 | $950.00 |
| Epoxy Mixing Nozzle Tip | 0.52 | 0.52 | 39 | $20.28 |
| FIXED IND 120uH 10% SMD 1307 | 0.7 | 0.698 | 143 | $99.81 |
| FIXED IND 82UH 7A 30.4 MOHM SMD | 4.99 | 4.99 | 178 | $888.22 |
| FIXED INDUCTOR 10uH 30A 2.05mOhms AECQ2 | 3.39 | 3.39 | 103 | $349.17 |
| FIXED INDUCTOR 330uH 1.7A 360mOhms AECQ2 | 3.98 | 3.98 | 8 | $31.84 |
| FOAM | 14.95 | 14.95 | 5.5 | $82.23 |
| FUSE AUTOMOTIVE 20A 32VDC BLADE | 0.07 | 0.071 | 71 | $5.04 |
| FUSE CLIP CARTRIDGE 15A PCB | 0.32 | 0.32 | 106 | $33.92 |
| Flange Nut Serrated SS304 3/8-16 | 0.17 | 0.17 | 26 | $4.42 |
| GPS Antenna | 8.9 | 8.9 | 90 | $801.00 |
| GXL 12 AWG WIRE (BLACK) | 0.02 | 0.021 | 1946.4 | $40.88 |

| | | | | |
|---|---|---|---|---|
| GXL 12 AWG WIRE (RED) | 0.02 | 0.021 | 1572 | $32.99 |
| GXL-18 BLACK | 0.01 | 0.01 | 10556.4 | $105.56 |
| GXL-18 BROWN | 0.01 | 0.01 | 10021.2 | $100.21 |
| GXL18-4 YELLOW | 0.01 | 0.01 | 12312 | $123.12 |
| Galvanized Anchor Lead Chain 3/16 x 4' 44101 | 18.89 | 18.89 | 16 | $302.24 |
| Glarks 200-Pieces 6 Inch Nylon Cable Marker Ties Self-locking Cord Tags | 0.03 | 0.049 | 1 | $0.03 |
| Glutaraldehyde, 25% aq. soln., Thermo Scientific Chemicals | 0.18 | 0.179 | 250 | $44.75 |
| Grip-N-Lock Well Cap, 4" Yellow | 31.95 | 31.95 | 5 | $159.75 |
| Grommet Cable Tie Point, for 16mm Hole Diameter, 23mm Flange DiameterWet-Location Snap-in Sealing | 1.79 | 1.79 | 47 | $84.13 |
| Grommet with Cable Tie Point, for 20 mm Hole Diameter | 2.12 | 2.12 | 25 | $53.00 |
| HEATSHRINK TUBING 1/8" BLACK, 100' | 0.01 | 0.01 | 1235 | $12.35 |
| HEX STANDOFF #6-32 ALUMINUM 1/4", M-F | 0.66 | 0.66 | 163 | $107.58 |
| HEX STANDOFF M2.5X0.45 NICKLE-PLATED BRASS 10MM, M-F | 0.44 | 0.437 | 799 | $349.16 |
| Headers & Wire Housings KK CE TERM 22-28 FEM Cut Strip of 100 | 0.09 | 0.09 | 164 | $14.76 |
| Hex Head Screw 1-4,20 Thread Size, 1-1-4 Long | 0.18 | 0.1764 | 106 | $18.70 |
| Hex Head Screw 1/4"-20 Thread Size, 1-1/2" Long, Fully Threaded | 0.19 | 0.19 | 75 | $14.25 |
| Hex Head Screw 1/4"-20 Thread Size, 2-1/2" Long, Partially Threaded | 0.33 | 0.33 | 75 | $24.75 |
| Hex Head Screw 1/4"-20 Thread Size, 3/4" Long | 0.12 | 0.12 | 68 | $8.16 |
| Hex Head Screw 3/8"-16 Thread Size, 2" Long, Fully Threaded | 0.66 | 0.66 | 83 | $54.78 |
| Hex Nut 1/4"-20 Thread Size | 0.05 | 0.05 | 361 | $18.05 |
| Hex Nut 18-8 (4-40 Thread Size) | 0.04 | 0.04 | 242 | $9.68 |
| Hex Nut 3/8"-16 Thread Size | 0.11 | 0.11 | 111 | $12.21 |
| Hex Nut 8-32 Thread Size | 0.05 | 0.05 | 324 | $16.20 |
| Hex Nut M3 x 0.5 mm Thread | 0.05 | 0.05 | 460 | $23.00 |
| Hex Spacer Threaded M2.5 Brass 0.197" (5.00mm) Silver | 0.4 | 0.4 | 22 | $8.80 |
| Heyco¬Æ Nylon PCB Supports - Blind Mount | 0.2 | 0.2 | 191 | $38.20 |

| Item | | | | |
|---|---|---|---|---|
| Hollow Braid Polypropylene Rope - 1,ÅÑ4" x 600' | 0.1 | 0.098 | 182.88 | $17.93 |
| IC BUF NON-INVERT 5.5V SOT23-5 | 0.12 | 0.12 | 139 | $16.68 |
| IC GATE DRIVER HALF-BRIDGE 14SO | 2.02 | 2.02 | 80 | $161.60 |
| IC GATE DRVR HALF-BRIDGE 14SOP | 1.85 | 1.846 | 318 | $587.03 |
| IC INVERTER 1CH 1-INP SOT23-5 | 0.15 | 0.152 | 141 | $21.43 |
| IC OPAMP GP 2 CIRCUIT 8SOIC | 0.16 | 0.16 | 372 | $59.52 |
| IC REG BUCK ADJ 1A 14HTSSOP | 2.59 | 2.586 | 139 | $359.45 |
| IC REG CTRLR BOOST/SEPIC 10MSOP | 6.24 | 6.24 | 200 | $1,248.00 |
| IC REG LINEAR 3.3V 600MA SOT223 | 0.26 | 0.26 | 124 | $32.24 |
| IC REG LINEAR 5V 500MA SOT223-4 | 0.63 | 0.63 | 59 | $37.17 |
| IC Temp swithch TMP302B | 0.18 | 0.178 | 422 | $75.12 |
| IPX IPEX-1 U.FL to SMA Female Pigtail Antenna 6in | 1.56 | 1.56 | 63 | $98.28 |
| Insert for gland; 4mm; M16 | 0.92 | 0.92 | 27 | $24.84 |
| Internal-Tooth Lock Washer for Number 6 Screw | 0.03 | 0.03 | 537 | $16.11 |
| JST-VH 3.96mm/Pitch 3-Pin Housing and Male/Female Pin Head Connector | 0.15 | 0.153 | 353 | $54.01 |
| LED BLUE CLEAR 3528 SMD | 0.19 | 0.19 | 170 | $32.30 |
| LED Fold Down Boat Light WHITE | 16.99 | 16.99 | 7 | $118.93 |
| LED GREEN CLEAR 3528 SMD | 0.19 | 0.19 | 229 | $43.51 |
| LED Green 571nm 0805 (2012 Metric) | 0.08 | 0.076 | 339 | $25.76 |
| LED Red 631nm 0805 (2012 Metric) | 0.08 | 0.076 | 260 | $19.76 |
| LM555CM IC OSC SGL TIMER 100KHZ 8-SOIC | 1.96 | 1.96 | 100 | $196.00 |
| LTE Antenna Outdoor | 11.49 | 11.49 | 118 | $1,355.82 |
| LTE Base HAT | 45 | 45 | 5 | $225.00 |
| Labels - "Electrical Hazard", 3 1,ÅÑ2 x 5" | 0.71 | 0.71 | 12 | $8.52 |
| Large Label DC POWER SUPPLY | 1.47 | 1.47 | 383 | $563.01 |
| Linear Voltage Regulators 500mA ADJ 1.2-37V Positive | 0.59 | 0.59 | 50 | $29.50 |
| Locking Panel Plugs for 5-8 ID, for 0.016-0.125 Panel Thickness | 0.12 | 0.12 | 213 | $25.56 |

| | | | | |
|---|---|---|---|---|
| M2.5x0.45mm Thread, 6mm Long18-8 Stainless Steel Pan Head Screws | 0.05 | 0.05 | 206 | $10.30 |
| M20 x 1.5 Steel Hex Nuts | 0.85 | 0.849 | 18 | $15.28 |
| M3x0.5mm Thread, 4mm long, 18-8 Stainless Steel Pan Head Screws | 0.05 | 0.05 | 506 | $25.30 |
| M4 x 0.7 mm Thread, 6 mm Long, 18-8 Stainless Steel Extra-Wide Truss Head Phillips Screws | 0.16 | 0.16 | 211 | $33.76 |
| MASTER SHIPPER BOX | 4.29 | 4.29 | 277 | $1,188.33 |
| MICRO-USB CHARGE/SYNC CABLE, 4' | 1.29 | 1.29 | 3 | $3.87 |
| MOSFET N-channel 600V 0.27 ohm 13A | 1.25 | 1.249 | 608 | $759.38 |
| MULTI-PURPOSE BOX | 1.67 | 1.67 | 239 | $399.13 |
| Manta Bracket V2.step | 9.66 | 9.66 | 9 | $86.94 |
| Metric 18-8 Stainless Steel Pan Head Phillips Screws | 0.07 | 0.07 | 70 | $4.90 |
| Micro SD Card | 6.43 | 6.43 | 24 | $154.32 |
| Mounting Kit for WQ Series Enclosures | 9.43 | 9.43 | 64 | $603.52 |
| Multipurpose 6061 Aluminum 1/8" Thick x 4" Wide 6ft long | 0.46 | 0.456 | 122 | $55.63 |
| N-Channel 200 V 30A (Tc) 125W (Tc) Through Hole TO-220 | 1.52 | 1.52 | 7 | $10.64 |
| NON-ADHESIVE HEATSHRINK TUBING 1/4" BLACK, 100' | 0.02 | 0.02 | 243 | $4.86 |
| NON-ADHESIVE HEATSHRINK TUBING 3/16" BLACK, 100' | 0.02 | 0.016 | 1200 | $19.20 |
| Natural Round Wide-Mouth Plastic Jars Bulk Pack - 8 oz | 0.54 | 0.54 | 273 | $147.42 |
| Nickel Plated Brass Locking Nut M20 X 1.5 | 0.65 | 0.65 | 125 | $81.25 |
| Nitrate Electrode Sensing Module | 901 | 901 | 1 | $901.00 |
| Number 8 Size, 5/8" Long Phillips Rounded Head | 0.04 | 0.04 | 200 | $8.00 |
| Nylon Locknut 1/4"-20 Thread Size | 0.13 | 0.13 | 211 | $27.43 |
| Nylon Plastic Loop Clamp 5/16" ID, 15/16" Long | 0.15 | 0.15 | 4 | $0.60 |
| Nylon Plastic Washer for 3/8" Screw Size | 0.18 | 0.18 | 153 | $27.54 |
| Nylon Unthreaded Spacer 1-4 OD, 3-16 Long, for Number 6 Screw Size | 0.14 | 0.14 | 299 | $41.86 |
| Nylon Unthreaded Spacer 4.5 mm OD, Off-White, 11 mm Long, for M3 Screw Size | 2 | 2 | 78 | $156.00 |

| | | | | |
|---|---|---|---|---|
| Nylon-Insert Locknut 3/8"-16 Thread Size | 0.33 | 0.33 | 341 | $112.53 |
| Nylon-Insert Locknut Black-Oxide, 8-32 | 0.13 | 0.13 | 102 | $13.26 |
| Nylon-Insert Locknut,M3 x 0.5 mm Thread, 5.5 mm Wide, 4 mm High | 0.07 | 0.07 | 183 | $12.81 |
| OPTOISO 5.3KV PHVOLT 8SMD | 2.87 | 2.87 | 248 | $711.76 |
| Omega2 LTE SBC - NA | 97.16 | 97.162 | 34 | $3,303.52 |
| Onion ADC | 15 | 15 | 53 | $795.00 |
| Onion Base Bare Board V 2 | 2.58 | 2.58 | 131 | $337.98 |
| Onion OM@ LTE-Global | 118 | 118 | 50 | $5,900.00 |
| Oval-Shaped Threaded Connecting Links,ÄîNot for Lifting | 2.49 | 2.49 | 14 | $34.86 |
| Oversized Washer for 1/4" Screw 1in OD | 0.17 | 0.17 | 83 | $14.11 |
| Oversized Washer for 3/8" Screw, | 0.43 | 0.43 | 39 | $16.77 |
| Oversized Washer for Number 10 Screw | 0.09 | 0.09 | 37 | $3.33 |
| PG  11 Gland Black Waterproof Strain Relief | 2.22 | 2.22 | 86 | $190.92 |
| PG11 Cable Gland | 0.65 | 0.65 | 45 | $29.25 |
| PG7 Cable Glands | 0.45 | 0.45 | 31 | $13.95 |
| PG9 Cable Glands | 0.45 | 0.45 | 191 | $85.95 |
| PIEZO Transmission Plate | 5.11 | 5.106 | 10 | $51.07 |
| PONTOON FRAME POWDER COATED | 2490 | 2490 | 2 | $4,980.00 |
| PTC RESET FUSE 60V 1.1A RADIAL | 0.59 | 0.59 | 50 | $29.50 |
| PTC RESET FUSE 60V 1.85A RADIAL | 0.3 | 0.3 | 290 | $87.00 |
| PVC Pipe & Fitting-4-in x 10-ft 220 Psi Schedule 40 White | 0.41 | 0.411 | 57 | $23.43 |
| Pallet Cones - Yellow | 1.7 | 1.7 | 95 | $161.50 |
| Pan Head Phillips Screw 6-32 Thread, 1/2" Long | 0.07 | 0.07 | 184 | $12.88 |
| Pan Head Phillips Screw 6-32 Thread, 3/8" Long | 0.06 | 0.06 | 333 | $19.98 |
| Pan Head Phillips Screws 40mm Long | 0.19 | 0.19 | 83 | $15.77 |
| Pan Head Phillips Screws 8-32 Thread, 5/8" Long | 0.14 | 0.14 | 1 | $0.14 |
| Pan Head Phillips Screws M3 x 0.50 mm Thread, 6mm Long | 0.12 | 0.12 | 141 | $16.92 |
| Phillips Flat Head Screw 82 Degree Countersink, 8-32 Thread, 1" Long | 0.14 | 0.14 | 128 | $17.92 |

| | | | |
|---|---|---|---|
| Phillips Rounded Head Screws Number 8 Size, 5/8" Long | 0.09 | 0.09 | 224 | $20.16 |
| Phillips Screws High-Profile, 6-32 Thread, 5/16" Long | 0.07 | 0.07 | 284 | $19.88 |
| Pin Header, Wire-to-Board, 2 mm, 1 Rows, 4 Contacts, Through Hole Straight, PH Series | 0.12 | 0.12 | 320 | $38.40 |
| Pipe Strap Galv 3/4x100ft | 0.02 | 0.02 | 1227 | $24.54 |
| Pole Mount Kit For AC PSU | 58.13 | 58.13 | 7 | $406.91 |
| Potentiometer 10K PCB mount | 0.76 | 0.76 | 248 | $188.48 |
| PowGrow Power Extension Cord | 14.99 | 14.99 | 5 | $74.95 |
| Power Entry Connector Receptacle, Male Blades - Module | 60.01 | 60.01 | 52 | $3,120.52 |
| Power Pannel Connector, Front Mount | 20.87 | 20.87 | 123 | $2,567.01 |
| Power Straight Connector - Female Thread | 19.07 | 19.07 | 113 | $2,154.91 |
| Power Supply - External/Internal (Off-Board) AC DC Converter | 179.49 | 179.49 | 13 | $2,333.37 |
| Protective Cap-for M12 Female Connectors Brass | 17.17 | 17.17 | 184 | $3,159.28 |
| Quectel EC25-G Modem | 79 | 79 | 5 | $395.00 |
| Quick Disconnect Terminal 10-12 AWG Female 26.42mm 9.65mm Tin | 0.15 | 0.15 | 483 | $72.45 |
| RECTIFIER DIODE | 0.48 | 0.48 | 604 | $289.92 |
| RES 0 OHM JUMPER 1/8W 0805 | 0.01 | 0.01 | 595 | $5.95 |
| RES 0.012 OHM 1% 1W 1206 | 0.18 | 0.177 | 144 | $25.48 |
| RES 0.012 OHM 1% 1W 2512 | 0.72 | 0.72 | 64 | $46.08 |
| RES 0.15 OHM 1% 1/2W 1206 | 0.08 | 0.08 | 303 | $24.24 |
| RES 1 OHM 1% 1W 2512 | 0.06 | 0.056 | 1729 | $96.83 |
| RES 1.33K OHM 1% 1/8W 0805 | 0.01 | 0.013 | 151 | $1.97 |
| RES 1.8 KOhms 3W 350V | 0.44 | 0.44 | 49 | $21.56 |
| RES 10 OHM 1% 1/8W 0805 | 0.01 | 0.006 | 559 | $3.36 |
| RES 10 OHM 5% 10W RADIAL | 0.65 | 0.646 | 60 | $38.76 |
| RES 100 OHM 1% 1/8W 0805 | 0.01 | 0.007 | 439 | $3.08 |
| RES 100K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 3289 | $32.89 |
| RES 10K OHM 1% 1/4W 0805 | 0.01 | 0.01 | 8850 | $88.50 |

| | | | | |
|---|---|---|---|---|
| RES 10K OHM 1% 1/4W 1206 | 0.02 | 0.02 | 49 | $0.98 |
| RES 10K OHM 1% 1/8W 0805 | 0.01 | 0.006 | 1910 | $11.46 |
| RES 10K OHM 5% 1/2W 1210 | 0.13 | 0.13 | 137 | $17.81 |
| RES 15 OHM 5% 10W RADIAL | 0.61 | 0.609 | 55 | $33.49 |
| RES 150 OHM 1% 1/2W 1206 | 0.08 | 0.08 | 139 | $11.12 |
| RES 15K OHM 5% 1/2W 1210 | 0.13 | 0.13 | 68 | $8.84 |
| RES 1K OHM 1% 1/4W 0805 | 0.01 | 0.014 | 2964 | $41.50 |
| RES 1K OHM 1% 1/4W 1206 | 0.01 | 0.012 | 202 | $2.42 |
| RES 2.15K OHM 1% 1/8W 0805 | 0.01 | 0.013 | 142 | $1.85 |
| RES 2.2K OHM 1% 1/4W 1206 | 0.1 | 0.1 | 156 | $15.60 |
| RES 2.2K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 240 | $2.40 |
| RES 2.2K OHM 5% 1/8W 0805 | 0.01 | 0.01 | 136 | $1.36 |
| RES 2.61K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 139 | $1.39 |
| RES 200 mOhms 1% 1w 2512 | 0.2 | 0.2 | 158 | $31.60 |
| RES 20K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 1000 | $100.00 |
| RES 20K OHM 5% 1/8W 0805 | 0.01 | 0.01 | 1243 | $12.43 |
| RES 21K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 116 | $11.60 |
| RES 22 OHM 1% 1/8W 0805 | 0.1 | 0.1 | 112 | $11.20 |
| RES 22K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 22 | $2.20 |
| RES 240 OHM 1% 1/8W 0805 | 0.1 | 0.1 | 117 | $11.70 |
| RES 249K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 141 | $1.41 |
| RES 28.7K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 141 | $1.41 |
| RES 2K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 111 | $11.10 |
| RES 3.01 OHM 1% 1/4W 1206 | 0.02 | 0.016 | 452 | $7.23 |
| RES 3.24K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 115 | $11.50 |
| RES 3.6K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 159 | $1.59 |
| RES 33K OHM 1% 1/8W 0805 | 0.04 | 0.04 | 4794 | $191.76 |
| RES 4.7K OHM 1% 1/8W 0805 | 0.01 | 0.007 | 268 | $1.88 |

| | | | | |
|---|---|---|---|---|
| RES 4.7K OHM 5% 1/8W 0805 | 0.01 | 0.01 | 4342 | $43.42 |
| RES 43K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 71 | $0.71 |
| RES 470 OHM 1% 1/8W 0805 | 0.01 | 0.006 | 990 | $5.94 |
| RES 470 OHM 5% 1/8W 0805 | 0.01 | 0.01 | 542 | $5.42 |
| RES 49.9K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 142 | $1.42 |
| RES 549 OHM 1% 1/8W 0805 | 0.01 | 0.007 | 215 | $1.50 |
| RES 619 OHM 1% | 0.1 | 0.1 | 67 | $6.70 |
| RES 68 OHM 1% 1/8W 0805 | 0.1 | 0.1 | 100 | $10.00 |
| RES 68K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 170 | $1.70 |
| RES 69.8K OHM 1% 1/8W 0805 | 0.01 | 0.01 | 140 | $1.40 |
| RES 7.5K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 58 | $5.80 |
| RES 768 OHM 1% 1/8W 0805 | 0.1 | 0.1 | 115 | $11.50 |
| RES 90.9K OHM 1% 1/8W 0805 | 0.1 | 0.1 | 116 | $11.60 |
| RES- SMD  5.05Kohms .1% 25ppm | 0.18 | 0.176 | 140 | $24.64 |
| RS130 US | 826 | 826 | 5 | $4,130.00 |
| RU ASXPS3 V11 BARE BOARD | 8.2 | 8.2 | 41 | $336.20 |
| Raspberry Pi 4 Heatsink KIT | 0.24 | 0.24 | 4 | $0.96 |
| Reclosable Zip Bags - 2 Mil - Extra Small (3" X 5") | 0.02 | 0.02 | 110 | $2.20 |
| Reflective Tape | 1.08 | 1.08 | 16 | $17.28 |
| Routing Eyebolt with Nut (Bent-Closed Eye, 1/4"-20 Thread, 2" Shank) | 2.61 | 2.61 | 23 | $60.03 |
| SBR Rubber Grommet for 1-3/8" Hole Diameter and 1/8" Material Thickness | 0.85 | 0.85 | 5 | $4.25 |
| SHRINK TUBING 1/2in | 0.09 | 0.09 | 562.92 | $50.66 |
| SHRINK TUBING 3/16in | 0.05 | 0.05 | 174 | $8.70 |
| SJEOOW-16-3BK-1 | 2.03 | 2.03 | 1219.2 | $2,474.98 |
| SMA male RG-174 crimp connector | 0.9 | 0.9 | 110 | $99.00 |
| ST-24-00, Stranded Black 24AWG | 0.01 | 0.01 | 9485 | $94.85 |
| ST-24-02, Stranded Red 24AWG | 0.01 | 0.01 | 7920 | $79.20 |

| | | | |
|---|---|---|---|
| ST-24-04, Stranded Yellow 24AWG | 0.01 | 0.01 | 4406 | $44.06 |
| ST-24-05, Stranded Green 24AWG | 0.01 | 0.01 | 6059 | $60.59 |
| ST-24-09, Stranded White 24AWG | 0.01 | 0.01 | 3239 | $32.39 |
| STICKERS 12X12 SHEETS PULSAR | 4.72 | 4.72 | 89 | $420.08 |
| Seachoice Folding Grapnel Anchor ‚Äì For Small Craft and Dinghies | 13.55 | 13.55 | 14 | $189.70 |
| Seal Con 4 Pin Female Insert | 15.74 | 15.74 | 106 | $1,668.44 |
| Seal Con 4 Pin male Insert | 13.67 | 13.67 | 130 | $1,777.10 |
| Seal Con Brass Protective Cap for connectors with Male Thread | 8.47 | 8.47 | 5 | $42.35 |
| Sealing Pan Head Screws | 0.74 | 0.74 | 11 | $8.14 |
| Serrated Flange Locknut 1-4,20 Thread Size | 0.14 | 0.14 | 25 | $3.50 |
| Shark Crates 73.5x52.5x ID-23.87 | 415.34 | 415.34 | 6 | $2,492.04 |
| Small Water Sample Box | 1.82 | 1.8194 | 61 | $110.98 |
| Solder Seal Wire Connectors - Heat Shrink | 0.16 | 0.16 | 168 | $26.88 |
| Split Lock Washer for 1/4" Screw Size | 0.04 | 0.04 | 690 | $27.60 |
| Split Lock Washer for 3/8" Screw | 0.08 | 0.08 | 91 | $7.28 |
| Standard LEDs  Rnd 5mm Red | 0.17 | 0.17 | 50 | $8.50 |
| Standard LEDs Rnd5mm Blue | 0.26 | 0.26 | 50 | $13.00 |
| Standoffs & Spacers 11mm, 3.2 ID, M3 ROUND METRIC SPACER | 0.75 | 0.75 | 1 | $0.75 |
| Standoffs & Spacers 4.5 HEX 20.0mm ALUM | 0.51 | 0.51 | 23 | $11.73 |
| Standoffs & Spacers 5mm, 3.2 ID, M3 ROUND METRIC SPACER | 0.72 | 0.72 | 20 | $14.40 |
| Standoffs & Spacers 8mm, 3.2 ID, M3 ROUND METRIC SPACER | 0.9 | 0.9 | 13 | $11.70 |
| Stop Custom 4" x 1" Rectangle stickers | 0.35 | 0.35 | 302 | $105.70 |
| SunWize 1,Äã ‚Äì 6,Äã Little Mount | 27.44 | 27.44 | 10 | $274.40 |
| SunWize 60,Äã Self-Standing Structure | 382 | 382 | 1 | $382.00 |
| SunWize Enclosure Backplate | 9.75 | 9.75 | 1 | $9.75 |
| SunWize F2 Enclosure | 392.65 | 392.65 | 1 | $392.65 |
| SunWize Side Panel - 007872 | 15.39 | 15.39 | 1 | $15.39 |
| Super Sim Card | 3 | 3 | 71 | $213.00 |

| | | | | |
|---|---|---|---|---|
| Surface Mount Flip Handle Black | 4.24 | 4.24 | 6 | $25.44 |
| TANGLESS CRIMP TERMINAL Tin 16-18 AWG | 0.14 | 0.137 | 254 | $34.80 |
| THERMAL PAD 228.6MMX228.6MM PINK | 28.18 | 28.18 | 4 | $112.72 |
| TRANS N-CH 100V 100A TO220-3 [MOSFET] | 1.53 | 1.53 | 50 | $76.50 |
| TRANS N-CH 200V 18A TO220-3 [MOSFET] | 1.06 | 1.063 | 141 | $149.88 |
| TRANS N-CH 200V 28A TO220-3 [MOSFET] | 1.52 | 1.517 | 175 | $265.48 |
| TRANS NPN 80V 1A SOT89 | 0.16 | 0.158 | 240 | $37.92 |
| TRANS P-CH 100V 40A TO220AB [MOSFET] | 1.92 | 1.924 | 50 | $96.20 |
| TRANS PNP 60V 1A SOT23-3 | 0.4 | 0.4 | 244 | $97.60 |
| TRANSDUCER D-C PROTECTOR BOX | 1.54 | 1.54 | 926 | $1,426.04 |
| TRANSDUCER SHIPPER BOX | 1.56 | 1.56 | 175 | $273.00 |
| Tamper Evident Stickers, Void High Security Sticker , | 0.04 | 0.04 | 397 | $15.88 |
| Terminals FORK 12-10 AWG # 6 Yellow | 0.55 | 0.55 | 11 | $6.05 |
| Thermal Adhesive Tape Electrically Insulated (10mm x 25M x 0.2mm) | 0.01 | 0.01 | 900.25 | $9.00 |
| Thermostat 65¬∞C Active Low Open Drain SOT-23-5 | 0.97 | 0.97 | 50 | $48.50 |
| Tie Plate 7" L X 5-3/4"W 20 Ga | 2.45 | 2.45 | 37 | $90.65 |
| Top Heat Sink (10.01 mm rad hole) | 6.2 | 6.2 | 92 | $570.40 |
| Type D Power Cord (INDIA) | 7.5 | 7.5 | 10 | $75.00 |
| Type J Power Cord | 5.5 | 5.5 | 8 | $44.00 |
| U-Bolt-3/8"-16 Thread Size | 8.36 | 8.36 | 11 | $91.96 |
| USB to SDI-12 Protocol | 22.98 | 22.98 | 4 | $91.92 |
| USB-C to Bare Wire RA Cable | 0.35 | 0.35 | 85 | $29.75 |
| USB-C to Bare Wire cable Straight | 0.69 | 0.69 | 7 | $4.83 |
| Ultra-Fast 0.25" (6.35mm) Quick Connect Female Crimp 14-16 AWG Fully Insulated Blue | 0.15 | 0.15 | 303 | $45.45 |
| Vent Plugs, NEMA box | 3.03 | 3.03 | 32 | $96.96 |
| WEATHERPROOF ATC BLADE-FUSE HOLDER | 1.85 | 1.85 | 68 | $125.80 |
| WQ-64 NEMA Hinged Enclosure JG-26558A-02 AC | 92.67 | 92.67 | 47 | $4,355.49 |

| | | | | |
|---|---|---|---|---|
| WQ-64-02 NEMA Hinged Enclosure G-25131AR1-02 DC BOX | 189.62 | 189.62 | 6 | $1,137.72 |
| WQ-64P Steel Panel for WQ-64 Enclosures | 14.52 | 14.52 | 66 | $958.32 |
| Washer for 1-4 Screw Size | 0.06 | 0.06 | 338 | $20.28 |
| Washer for 3/8" Screw Size | 0.07 | 0.07 | 148 | $10.36 |
| Washer for Number 6 Screw Size, 0.156" ID, 0.312" OD | 0.02 | 0.02 | 1311 | $26.22 |
| Washer for Number 8 Screw Size | 0.02 | 0.02 | 88 | $1.76 |
| Water Sample Labels | 0.63 | 0.63 | 236 | $148.68 |
| Wearlon Speedcoat49 | 2.14 | 2.14 | 74 | $158.36 |
| Wire-Cable ,Äƒ Speaker Cable 16-2 | 0.03 | 0.03 | 3000 | $90.00 |
| XHF 164 FT 3/32" Heat Shrink Tubing Roll | 0.01 | 0.01 | 578 | $5.77 |
| zip ties 18 inch 60 Lb Black | 0.1 | 0.1 | 260 | $26.00 |
| Parts out to WIP | | | | ($4,018.00) |
| | | | | $140,168.25 |

WaterIQ Technologies, LLC

Schedule A/B Part 5, Question 21 Attachment
Finished Goods Schedule

| Finished Good Inventory | Total Extended Cost | Unit Cost | Qty | Description |
|---|---|---|---|---|
| | | | | |
| AC Power Supply 120v/240v AC | $ 2,502.90 | 417.15 | 6 | Power supply for all Pulsar units sold |
| Float Kit | $ 544.40 | 54.44 | 10 | Flotation Kit housing for all Pulsar units sold |
| Manta +30A Base | $ 48,405.00 | 615.00 | 7 | Water quality monitoring probe, usde in Sentinal AIQ finished product |
| Manta 35 | $ 83,238.00 | 10,404.75 | 8 | Water quality monitoring probe, usde in Sentinal AIQ finished product |
| Total Finished Good Inventory | $ 134,690.30 | | | |

WaterIQ Technologies, LLC
Chapter 11 sub V Case # 25-20159

Schedule A/B, Part 7, Question 39

| Memo/Description | Account | | Amount |
|---|---|---|---|
| Hakko C1390C Omnivise Board Holder for 852 Rework System and C1392B Rework Fixture (includes tax) | Furniture and Fixtures | $ | 316.64 |
| Hbada Ergonomic Executive Office Chair, PU Leather High-Back Desk Chair with Big and Tall Backrest and Cushion, Swivel Rocking Chair with Flip-up Padd (includes shipping, tax, discount) | Furniture and Fixtures | $ | 218.99 |
| Hbada Ergonomic Executive Office Chair, PU Leather High-Back Desk Chair with Big and Tall Backrest and Cushion, Swivel Rocking Chair with Flip-up Padd (includes shipping, tax, discount) | Furniture and Fixtures | $ | 218.99 |
| Hbada Ergonomic Executive Office Chair, PU Leather High-Back Desk Chair with Big and Tall Backrest and Cushion, Swivel Rocking Chair with Flip-up Padd (includes shipping, tax, discount) | Furniture and Fixtures | $ | 218.99 |
| Hbada Ergonomic Executive Office Chair, PU Leather High-Back Desk Chair with Big and Tall Backrest and Cushion, Swivel Rocking Chair with Flip-up Padd (includes shipping, tax, discount) | Furniture and Fixtures | $ | 218.99 |
| Hbada Ergonomic Executive Office Chair, PU Leather High-Back Desk Chair with Big and Tall Backrest and Cushion, Swivel Rocking Chair with Flip-up Padd (includes shipping, tax, discount) | Furniture and Fixtures | $ | 218.99 |
| Northern Tool Adjustable Swivel Shop Stool with Backrest - Steel, 275-Lb. Capacity, 29 to 33in. Seat Height (includes shipping, tax) | Furniture and Fixtures | $ | 205.81 |
| Bertech - 2059S-2x20B ESD Soldering Mat Roll, 2 Feet Wide x 20 Feet Long x 0.06 Inches Thick, Blue, RoHS and REACH Compliant (includes shipping, tax) | Furniture and Fixtures | $ | 202.87 |
| Quartet Porcelain Whiteboard, Magnetic Dry Erase White Board, 4' x 6', Aluminum Frame (PPA406) (includes tax) | Furniture and Fixtures | $ | 321.92 |
| Lorell Fortress White/Platinum Steel Teachers Pedestal Desk (includes tax) | Furniture and Fixtures | $ | 471.36 |
| Lorell Single Right Pedestal Desk, Mahogany, 66 by 30 by 29-1/2-Inch (includes tax) | Furniture and Fixtures | $ | 599.13 |
| VICTONE Futon Sofa Bed Modern Faux Leather Couch Bed Convertible Folding Recliner for Living Room with 2 Cup Holders and Armrest (Black) (includes shipping, tax) | Furniture and Fixtures | $ | 262.78 |
| To adjust Inventory asset accounts to corrected allocation totals per Charlie Morgan | Furniture and Fixtures | $ | 2,866.14 |
| TY ARTS & CULTURE Computer Desk 47.2" Large Tempered Glass Table Study Writing Desk Workstation for Home Office, Modern Simple PC Laptop Table, Black (includes tax) | Furniture and Fixtures | $ | 164.24 |
| Lorell Double Pedestal Desk, Black Walnut, 60 by 30 by 29-1/2-Inch (includes tax) | Furniture and Fixtures | $ | 647.90 |
| To record attached Amex expenses on Lawrence personal card | Furniture and Fixtures | $ | 990.00 |
| Giantex PU Leather Drafting Chair, Tall Office Chair with Retractable Mid Back, Standing Desk Chair with Adjustable Foot Ring, Ergonomic Upholstered R (includes tax) | Furniture and Fixtures | $ | 260.62 |
| Giantex PU Leather Drafting Chair, Tall Office Chair with Retractable Mid Back, Standing Desk Chair with Adjustable Foot Ring, Ergonomic Upholstered R (includes tax) | Furniture and Fixtures | $ | 260.62 |
| To record attached Amex expenses on Lawrence personal card | Furniture and Fixtures | $ | 2,811.59 |
| Tribesigns Modern Computer Desk, 63 inches Large Office Desk Computer Table Study Writing Desk for Home Office, Solid Metal Frame (includes tax) | Furniture and Fixtures | $ | 196.98 |

| | | | |
|---|---|---|---:|
| GYMAX Picnic Table, Table Bench Set w/Stable Steel Frame & All Weather Table Top for Outdoors Backyard Patio Poolside Lawn Dining Party (includes tax) | Furniture and Fixtures | $ | 261.71 |
| To record attached Amex expenses on Lawrence personal card | Furniture and Fixtures | $ | - |
| To record attached Amex expenses on Lawrence personal card | Furniture and Fixtures | $ | - |
| Lorell Double Pedestal Desk, Mahogany, 60 by 30 by 29-1/2-Inch (includes tax) | Furniture and Fixtures | $ | 730.44 |
| Giantex PU Leather Drafting Chair, Tall Office Chair with Retractable Mid Back, Standing Desk Chair with Adjustable Foot Ring, Ergonomic Upholstered R (includes tax) | Furniture and Fixtures | $ | 260.62 |
| Amazon Basics Classic Puresoft Padded Mid-Back Office Computer Desk Chair with Armrest - Black (includes tax) | Furniture and Fixtures | $ | 90.30 |
| Amazon Basics Classic Puresoft Padded Mid-Back Office Computer Desk Chair with Armrest - Black (includes tax) | Furniture and Fixtures | $ | 90.30 |
| Giantex PU Leather Drafting Chair, Tall Office Chair with Retractable Mid Back, Standing Desk Chair with Adjustable Foot Ring, Ergonomic Upholstered R (includes tax) | Furniture and Fixtures | $ | 130.31 |
| OFFICE DEPOT #1214 0BUFORD      GA XXXX-XXXXXX-51006 - LAWRENCE FIELD | Furniture and Fixtures | $ | 766.49 |
| Lorell Double Pedestal Desk, Black Walnut, 60 by 30 by 29-1/2-Inch | Furniture and Fixtures | $ | 829.61 |
| Trade Show Displays      MONTVILLE      NJ XXXX-XXXXXX-52020 - CHARLES MORGAN | Furniture and Fixtures | $ | 7,832.10 |
| | | $ | 22,665.43 |
| | | | |
| HP Newest 17 Laptop Notebook, 17.3" FHD Anti-Glare Display, AMD Ryzen 5 4500U (> i7-10510U), 32GB RAM, 1TB PCIe SSD, Webcam, WiFi, Bluetooth, DVD-RW,  (includes shipping, tax) | Computers | $ | 1,027.02 |
| 2020 HP 17.3" HD+ Premium Laptop Computer, AMD Ryzen 5 3500U Quad-Core Up to 3.7GHz, 12GB DDR4 RAM, 256GB SSD, DVDRW, AMD Radeon Vega 8, 802.11ac WiFi (includes tax) | Computers | $ | 694.23 |
| 2020 HP 17.3" HD+ Premium Laptop Computer, AMD Ryzen 5 3500U Quad-Core Up to 3.7GHz, 12GB DDR4 RAM, 256GB SSD, DVDRW, AMD Radeon Vega 8, 802.11ac WiFi (includes tax) | Computers | $ | 1,388.46 |
| Junco Intelligent Industrial Grade 3D Printer Model X-max,5 Inch Touchscreen,WiFi, Precise Printing with ABS,PLA,TPU,Flexible Filament,300x250x300mm (includes tax)//Uncat//3D printer from Amazon | Computers | $ | 1,124.57 |
| HP V22 FHD Monitor | 21.5-inch Diagonal FHD Computer Monitor with TN Panel and Blue Light Settings | HP Monitor with Tiltable Screen HDMI and VGA Port (includes tax) | Computers | $ | 317.52 |
| To record attached Amex expenses on Lawrence personal card | Computers | $ | 32,285.80 |
| To record attached Amex expenses on Lawrence personal card | Computers | $ | 8,334.86 |
| Dell Inspiron 15 3501, 15.6 inch FHD Non-Touch Laptop - Intel Core i7-1165G7, 16GB DDR4 RAM, 512GB SSD, Intel Iris Xe Graphics, Windows 10 Home - Acce (includes tax) | Computers | $ | 941.69 |
| HP V20 HD+ Monitor | 19.5-inch Diagonal HD+ Computer Monitor with TN Panel and Blue Light Settings | HP Monitor with Tiltable Screen HDMI and VGA Port (includes tax) | Computers | $ | 287.02 |
| To record attached Amex expenses on Lawrence personal card | Computers | $ | 873.82 |
| To record attached Amex expenses on Lawrence personal card | Computers | $ | 1,829.98 |
| 2020 Apple Mac Mini with Apple M1 Chip (8GB RAM, 256GB SSD Storage) (includes tax) | Computers | $ | 732.56 |
| HP V20 HD+ Monitor | 19.5-inch Diagonal HD+ Computer Monitor with TN Panel and Blue Light Settings | HP Monitor with Tiltable Screen HDMI and VGA Port (includes tax) | Computers | $ | 251.82 |
| Misc itesm | Computers | $ | 13,232.70 |

| | | | |
|---|---|---|---:|
| Dell Optiplex 7050 SFF Desktop PC Intel i7-7700 4-Cores 3.60GHz 32GB DDR4 1TB SSD WiFi BT HDMI Duel Monitor Support Windows 10 Pro Excellent Condition (includes tax) | Computers | $ | 531.06 |
| HP V223ve FHD Monitor, 1080p VA Display,75Hz Refresh Rate, 21.5-inch Computer Screen,TÜV certified Low Blue Light Mode, Ergonomic Tilt,3000:1 Contras (includes tax) | Computers | $ | 144.86 |
| HP V223ve FHD Monitor, 1080p VA Display,75Hz Refresh Rate, 21.5-inch Computer Screen,TÜV certified Low Blue Light Mode, Ergonomic Tilt,3000:1 Contras (includes tax) | Computers | $ | 144.86 |
| HP V223ve FHD Monitor, 1080p VA Display,75Hz Refresh Rate, 21.5-inch Computer Screen,TÜV certified Low Blue Light Mode, Ergonomic Tilt,3000:1 Contras (includes tax) | Computers | $ | 144.86 |
| Acer Aspire TC-1660-UA19 Desktop \| 10th Gen Intel Core i5-10400 6-Core Processor \| 12GB 2666MHz DDR4 \| 512GB NVMe M.2 SSD \| 8X DVD \| Intel Wireless Wi (includes tax) | Computers | $ | 656.09 |
| BESTBUYCOM8066535670RICHFIELD        MN XXXX-XXXXXX-51006 - LAWRENCE FIELD | Computers | $ | 2,162.60 |
| USB C Docking Station Dual Monitor, 9 in 1 USB C Triple Display Docking Station to Dual HDMI Adapter Displayport SD TF Card Reader 2USB 2.0, 1 USB 3.0 (includes tax) | Computers | $ | 42.69 |
| 2022 Newest Lenovo Ideapad 3 Laptop, 15.6" HD Touchscreen, 11th Gen Intel Core i3-1115G4 Processor, 8GB DDR4 RAM, 256GB PCIe NVMe SSD, HDMI, Webcam, W | Computers | $ | 392.49 |
| | | $ | 67,541.56 |
| | | $ | 90,206.99 |
| | Acc Depreciation | | $0.00 |
| | NBV | | $0.00 |
| | Fair Market Value: | | $5,000.00 |

*Debtor's books and records fully depreciated all assets for book purposes prior to the Petition Date in the ordinary course and therefore the net book value of Debtor's interests in the office equipment is $0.00. Debtor believes that the liquidated value for all office equipment is approximatly $5,000.*

WaterIQ Technologies, LLC

Chapter 11 sub V Case # 25-20159

Schedule A/B Part 8, Question 50 Attachment

Fixed Asset Equipment Schedule

| Row Labels | Book | Acc Depreciation | Net Book Value |
|---|---|---|---|
| Forklift | 12,374 | 12,374 | $0.00 |
| Production | 5,902 | 5,902 | $0.00 |
| Testing | 15,150 | 15,150 | $0.00 |
| Grand Total | 33,425 | 33,425 | $0.00 |

# WaterIQ Technologies, LLC
## Transaction Report
### All Dates

**Equipment**

| Memo/Description | Account | Amount |
|---|---|---|
| Caterpillar Forklift 1998 | Forklift | 12,373.50 |
| subtotal | | **12,373.50** |
| | | |
| Greenlee - Crimper Square Fc, Wire Preparation (K30GL) (includes tax) | Production | 303.94 |
| Greenlee K210 TERMINAL CRIMPING TOOL (K210) (includes shipping, tax, discount) | Production | 239.60 |
| DEWALT 20V MAX Cordless Drill Combo Kit, 2-Tool (DCK240C2) (includes shipping, tax, discount) | Production | 344.00 |
| Electric Torque Screwdriver, Torque range 2.6-16.7 in-lb, Push-to-Start (Auto Stop Clutch), RPM 1000, Sumake ED-219P1 (includes shipping, tax, discount) | Production | 440.19 |
| Pelican Air 1535 Case with Trekpack Dividers (2020 Edition with Push Button Latches) - Black (includes tax) | Production | 371.15 |
| Pelican Air 1615 Case with Trekpack Dividers (2020 Edition with Push Button Latches) - Black (016150-0051-110) (includes tax) | Production | 502.55 |
| Mayku FormBox: Desktop Vacuum Former \| Create Prototypes, Molds and Casts from Your Workplace \| Compatible with Any Vacuum Cleaner \| Bring Ideas to Li (includes tax) | Production | 655.91 |
| AnySizeBasket 44-0 Model 44 Hydraulic Chain and Cable Cutter, Capacity Up to 3/8" High Test Chain (includes tax) | Production | 421.77 |
| ATOMSTACK X7 Pro 50W Laser Engraving Machine, Laser Engraver Cutting Machine, 10W Output Power, Eye Protection Fixed-Focus, DIY Laser Marking for Meta (includes tax) | Production | 711.74 |
| Huanyu Capacitor Discharge Stud Welder M3-M10 Stud Bolt Plate Welder Welding Machine for Welding Bolt Plate Insulation Nail Screw Low Carbon Steel/Stainless Steel/Aluminum/Brass RSR-2500(220V 50/60HZ) (includes tax) | Production | 1,911.44 |
| subtotal | | **5,902.29** |
| | | |
| OWON XDM2041 Digital Multimeter AC DC Current Voltage 3.7in Screen True RMS 55000 Counts Two-Line Display Desktop Type (includes tax, discount) | Testing | 259.02 |
| OWON XDS3102A 100Mhz Oscilloscope 25Mhz function generator VGA DMM Multimeter (includes tax, discount) | Testing | 603.33 |
| Siglent Technologies SDS1102CML+ Digital Storage Oscilloscope, 100 MHz (includes shipping, tax, discount) | Testing | 320.44 |
| QIDI TECH Large Size Intelligent Industrial Grade 3D Printer New Model:X-max,5 Inch Touchscreen,WiFi Function,High Precision Printing with ABS,PLA,TPU (includes tax)//Uncat//3D printer from Amazon | Testing | 1,203.41 |
| QIDI TECH Large Size Intelligent Industrial Grade 3D Printer New Model:X-max,5 Inch Touchscreen,WiFi Function,High Precision Printing with ABS,PLA,TPU (includes tax)//Uncat//3D printer from Amazon | Testing | 1,203.41 |
| OMAX 40X-2500X Full Size Lab Digital Trinocular Compound LED Microscope with 14MP USB Camera and 3D Mechanical Stage (includes tax) | Testing | 677.79 |
| Dino-Lite AM2111-MS22B - 10x-50x, 230x - 640x480 Pixels - Handheld Digital USB Microscope, Integrated 4 LED Illumination - Gooseneck Stand (includes tax) | Testing | 151.11 |
| Misc items | Testing | 10,731.10 |
| subtotal | | **15,149.61** |
| | | |
| **Total for Equipment** | | **$ 33,425.40** |
| **Acc Depreciation** | | **-$33,425.40** |
| **TOTAL** | | **$       0.00** |

*Debtor's books and records fully depreciated all assets for book purposes prior to the Petition Date in the ordinary course and therefore the net book value of Debtor's interests in the equipment is $0.00. Debtor believes that the liquidated value for all equipment is approximatly $5,500.*

WaterIQ Technologies, LLC
Choater 11 sub V Case # 25-20159

Schedule A/B Part 11, Question 79 Attachment

Prepaid Interest on Loans

| Row Labels | Sum of Amount |
|---|---|
| 1 Stop Capital | 3,600 |
| Dependance Platinum Finance | 12,590 |
| Eminent Funding (Customer) | 5,191 |
| Jaffe Capital | 6,290 |
| Milvado | 2,162 |
| Newbury Capital | 21,048 |
| Smart Business | 4,740 |
| Velocity Capital (Lender) | 10,154 |
| Grand Total | 65,775 |